Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
Christopher M. Staine
State Bar No. 24104576
**CROWE & DUNLEVY, P.C.**
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 214.420.2163
Facsimile:  214.736.1762
Email: vickie.driver@crowedunlevy.com
Email:christina.stephenson@crowedunlevy.com
Email: christopher.staine@crowedunlevy.com

**COUNSEL FOR THE DEBTOR**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **WEST HOUSTON MEMORY CARE, LLC,**[1] | § | **Case No. 19-31485-sgj-11** |
| | § | |
| **Debtor.** | § | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing has been set for December 22, 2020 at 2:30 p.m. before the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge of the Northern District of Texas, Dallas Division, Earle Cabell Federal Building, 1100 Commerce St., 14th Floor, Dallas, Texas  75242.  The following matter is set for consideration:

- *Motion for Order (A) Authorizing Sale of Assets Free and Clear of All Liens, Claims, and Encumbrances, Subject to Higher and Better Offers, And (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 34] ("*Sale Motion*").*

---

[1] Last four EIN 2760.

**NOTICE OF HEARING – PAGE 1**

**PLEASE TAKE FURTHER NOTICE** that on May 20, 2020, through the entry of General Order 2020-14, the Court invoked Continued Court Operations During the COVID-19 Pandemic. The Order may be found at: https://www.txnb.uscourts.gov/sites/txnb/files/news/General%20Order%202020-14.signed.pdf. With certain exceptions set forth in the Order, hearings will generally be conducted by either: (a) videoconference; or (b) teleconference. Each judge, in his or her discretion, will determine which is appropriate.

Further instructions will be provided by the Court prior to the hearing to counsel and parties having requested notice. Additionally, around the same time, the connection information will be docketed in the ECF file and made available on the court's website.

Dated: December 1st, 2020

**CROWE & DUNLEVY, P.C.**

By: */s/ Vickie L. Driver*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
Christopher M. Staine
State Bar No. 24104576
2525 McKinnon Street, Suite 425
Dallas, TX 75201
Telephone: 214.420.2163
Facsimile: 214.736.1762
Email: vickie.driver@crowedunlevy.com
Email: christina.stephenson@crowedunlevy.com
Email: christopher.staine@crowedunlevy.com

**COUNSEL FOR THE DEBTOR**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing pleading was served upon the parties listed on the attached Service List via e-mail, U.S. Mail, and/or electronic transmission via the Court's ECF noticing system on this 1st day of December, 2020.

                                               */s/ Vickie L. Driver*
                                               Vickie L. Driver