# MASTER SERVICE LIST

09/24/2020

| | |
|---|---|
| **ATTORNEYS FOR THE DEBTORS**<br><br>CROWE & DUNLEVY PC<br>VICKIE DRIVER<br>2525 MCKINNON ST.,STE 425<br>DALLAS TX 75201<br><br><br>CROWE & DUNLEVY PC<br>CHRISTINA W STEPHENSON<br>2525 MCKINNON ST., STE 425<br>DALLAS TX 75201<br><br><br>**CENTERS FOR MEDICARE &MEDICAID SVCS**<br><br>CENTERS FOR MEDICARE AND MEDICAID SVCS<br>LEGAL DEPT<br>7500 SECURITY BLVD<br>BALTIMORE MD 21244<br><br><br>CENTERS FOR MEDICARE AND MEDICAID SVCS<br>OFFICE OF THE GENERAL COUNSEL<br>ATTN: CHRISTOPHER MAXWELL<br>1301 YOUNG ST<br>ROOM 714<br>DALLAS TX 75202<br><br><br>**COUNSEL FOR BBVA COMPASS**<br><br>K&L GATES<br>LIZ BOYDSTON<br>1717 MAIN STREET<br>SUITE 2800<br>DALLAS TX 75201 | **COUNSEL FOR BELL NUNNALLY & MARTIN LLP**<br><br>BELL NUNNALLY & MARTIN LLP<br>RUSSELL W MILLS,ESQ<br>2323 ROSS AVE.,STE 1900<br>DALLAS TX 75201<br><br><br>**COUNSEL FOR BMO HARRIS BANK N.A.**<br><br>CHIPMAN AND CUTLER LLP<br>MIA D. D'ANDREA<br>111 W MONROE ST.<br>CHICAGO IL 60603<br><br><br>**COUNSEL FOR BOKF,N.A.**<br><br>MBL LAW<br>CLIFF A WADE;GARRETT L ROBERTS<br>17330 PRESTON ROAD STE 160B<br>DALLAS TX 75252<br><br><br>**COUNSEL FOR BRANCH BANKING & TRUST CO.**<br><br>HIGIER ALLEN & LAUTIN PC<br>JASON T RODRIGUEZ,ESQ<br>THE TOWER AT CITYPLACE<br>2711 N HASKELL AVE., STE 2400<br>DALLAS TX 75204<br><br><br>**COUNSEL FOR BRAZORIA COUNTY;BRAZORIA DRAINAGE DISTRICT #4;SPECIAL ROAD AND BRIDGE DISTRICT;ALVIN INDEPENDENT SCHOOL DISTRICT;ALVIN COMMUNITY COLLEGE DISTRICT;CITY OF PEARLAND;ENERGY CORRIDOR A/K/A HAR**<br><br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>OWEN M SONIK,ESQ<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON TX 77008 |

# MASTER SERVICE LIST

**COUNSEL FOR CINCO COMMERCIAL PROPERTY ASSOCIATION INC;SHADOW CREEK RANCH COMMERCIAL OWNERS ASSOCIATION INC;CINCO LANDSCAPE MAINTENANCE ASSOCIATION INC**

HOOVER SLOVACEK LLP
CURTIS W MCCREIGHT
GALLERIA TOWER II
5051 WESTHEIMER STE 1200
HOUSTON TX 77056

**COUNSEL FOR CYPRESS-FAIRBANKS ISD;MONTGOMERY COUNTY;FORT BEND COUNTY;HARRIS COUNTY**

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
P O BOX 3064
HOUSTON TX 77253-3064

**COUNSEL FOR DEBTORS**

CROWE & DUNLEVY PC
CHRISTOPHER M STAINE
2525 MCKINNON ST., STE 425
DALLAS TX 75201

**COUNSEL FOR DEPARTMENT OF REVENUE**

MISSOURI DEPT OF REVENUE
JOHN WHITEMAN SPC ASST TO ATTY GEN
301 W. HIGH ST ROOM 670
P.O. BOX 475
JEFFERSON CITY MO 65105-0475

**COUNSEL FOR FANNIE MAE**

REED SMITH LLP
MICHAEL P. COOLEY; KEITH M. AURZADA; LINDSEY L. RO
2501 N. HARWOOD STE 1700
DALLAS TX 75201

**COUNSEL FOR FIRST AMERICAN PAYMENT SYSTEMS, L.P.**

HOLLAND & KNIGHT LLP
ROBERT W. JONES; BRIAN J. SMITH
200 CRESCENT CT STE 1600
DALLAS TX 75201

**COUNSEL FOR FIRST NATIONAL BANK OF WICHITA FALLS**

JOHNSTON PRATT PLLC
K C JOHNSTON; G H BARBER;S M AFFLECK
1717 MAIN ST.,STE 3000
DALLAS TX 75201

**COUNSEL FOR FIRST SECURE COMMUNITY BANK**

UNDERWOOD PERKINS PC
KIMBERLY D ANNELLO
5420 LBJ FREEWAY STE 1900
DALLAS TX 75240

**COUNSEL FOR HANCOCK WHITNEY BANK**

CARVER DARDEN ET AL
LEANN OPOTOWSKY MOSES
1100 POYDRAS ST STE 3100
NEW ORLEANS LA 70163

**COUNSEL FOR INTERNAL REVENUE SERVICE**

OFFICE OF THE UNITED STATES ATTORNEY
ERIN NEALY COX
UNITED STATES ATTORNEY
1100 COMMERCE ST.,STE 300
DALLAS TX 75242-1699

# MASTER SERVICE LIST

09/24/2020

### COUNSEL FOR IRVING ISD; DALLAS COUNTY

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
LAURIE A SPINDLER,ESQ
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207

### COUNSEL FOR MITCHELL WARREN

GRIFFITH JAY & MICHEL LLP
MARK J PETROCCHI
2200 FOREST PARK BLVD
FORTH WORTH TX 76110

### COUNSEL FOR KEYBANK NATIONAL ASSOCIATION

MORRIS MANNING & MARTIN LLP
BONNIE V HOCHMAN ROTHELL;JESSICA A RODRIGUEZ
1401 EYE STREET NW STE 600
WASHINGTON DC 20005

### COUNSEL FOR NHI-REIT OF TX-IL, LLC

POLSINELLI PC
TREY MONSOUR;SAVANNA BARLOW
2950 N HARWOOD ST.,STE 2100
DALLAS TX 75201

POLSINELLI PC
DAVID GORDON
1202 WEST PEACHTREE STREET NW,STE 1100
ATLANTA GA 30309

### COUNSEL FOR MCFARLIN GP INVEST LP

THOMPSON COBURN LLP
KATHARINE BATTAIA CLARK
1919 MCKINNEY AVE.,STE 100
DALLAS TX 75201

### COUNSEL FOR ORIGIN BANK

FORSHEY & PROSTOK LLP
JEFF P PROSTOK;LYNDA L LANKFORD
777 MAIN ST.,STE 1290
FORT WORTH TX 76102

THOMPSON COBURN LLP
MARK V BOSSI
505 N 7TH ST
ST LOUIS MO 63101-1693

### COUNSEL FOR MELVIN W WARREN JR.

JOHN P LEWIS, JR.
1412 MAIN ST.,STE 210
DALLAS TX 75202

### COUNSEL FOR RICHARDSON ISD, DCURD, CROWLEY ISD, ARLINGTON ISD, CITY OF HALTON CITY

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
EBONEY COBB
500 E BORDER ST.,STE 640
ARLINGTON TX 76010

# MASTER SERVICE LIST

09/24/2020

**COUNSEL FOR SHI HOUSTON LLC**

FOLEY & LARDNER LLP
SHARON N BEAUSOLEIL;FOLEY GARDERE
1000 LOUISIANA ST.,STE 2000
HOUSTON TX 77002

**COUNSEL FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
JOHN MARK STERN, ASST ATTORNEY GENERAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P O BOX 12548
AUSTIN TX 78711-2548

**COUNSEL FOR SILVERADO INTERESTS HOLDINGS LLC**

WINSTEAD PC
MIKE MASSAD;JASON ENRIGHT
500 WINSTEAD BUILDING
2728 N HARWOOD ST
DALLAS TX 75201

**COUNSEL FOR THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION**

TEXAS ATTORNEY GENERAL'S OFFICE
J. CASEY ROY
ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548- MC 008
AUSTIN TX 78711-2548

**COUNSEL FOR TCF NATIONAL BANK NA**

MCGUIRE CRADDOCK & STROTHER PC
J MARK CHEVALLIER,ESQ
500 NORTH AKARD ST.,STE 2200
DALLAS TX 75201

**COUNSEL FOR TIMOTHY GREENE AND KAYE SHEETS**

HAYWARD & ASSOCIATES PLLC
MELISSA S HAYWARD
10501 N CENTRAL EXPY STE 106
DALLAS TX 75231

HOWARD & HOWARD
GUSTAF R ANDREASEN
450 W 4TH ST
ROYAL OAK MI 48067

**COUNSEL FOR TLG FAMILY MANAGEMENT LLC**

HEDRICK KRING PLLC
KATHARINE BATTAIA CLARK,ESQ
1700 PACIFIC AVE.,STE 4650
DALLAS TX 75201

**COUNSEL FOR THE DEBTORS**

CROWE & DUNLEVY PC
WILLIAM H HOCH III
BRANIFF BUILDING
324 NORTH ROBINSON AVE STE 100
OKLAHOMA CITY OK 73102

**COUNSEL FOR U.S. FOODS, INC.**

BRYAN CAVE LEIGHTON PAISNER LLP
TRICIA W MACALUSO
2200 ROSS AVE.,STE 3300
DALLAS TX 75201

# MASTER SERVICE LIST

09/24/2020

**COUNSEL FOR UNITED COMMUNITY BANK;PSF I CYPRESSWOOD LLC**

MUNSCH HARDT KOPF & HARR PC
DEBORAH M PERRY
500 N AKARD ST.,STE 3800
DALLAS TX 75201-6659

**COUNSEL TO U.S. FOODS, INC**

BRYAN CAVE LEIGHTON PAISNER LLP
Trinitee G. Green
161 North Clark Street, Suite 4300
Chicago IL 60601-3315

**DEBTOR**

MITCHELL WARREN
545 E. JOHN CARPENTER FREEWAY
SUITE 500
IRVING (LAS COLINAS) TX 75062

**GOVT. AGENCY**

DALLAS CITY SECRETARY'S OFFICE
1500 MARILLA ST
STE 5DS
DALLAS TX 75201

DEPT OF STATE HEALTH SVC
OFFICE OF GENERAL COUNSEL
MARC CONNELLY ASST GENERAL COUNSEL
1100 W 49TH ST
AUSTIN TX 78756-3199

**GOVT. AGENCY**

HUD
1600 THROCKMORTON
FORTH WORTH TX 76113

OFFICE OF THE ATTORNEY GENERAL
MAIN JUSTICE BLDG ROOM 5111
10TH AND CONSTITUTION AVE NW
WASHINGTON DC 20530

OFFICE OF THE UNITED STATES TRUSTEE
1100 COMMERCE ST
ROOM 976
DALLAS TX 75242-1699

TEXAS ATTORNEY GENERAL'S OFFICE
BANKRUPTCY COLLECTIONS DIVISION
PO BOX 12548
AUSTIN TX 78711-2548

TEXAS WORKFORCE COMMISSION
TEC BUILDING BANKRUPTCY
101 EAST 15TH ST
AUSTIN TX 78778

INTERNAL REVENUE SVC
SPECIAL PROCEDURES-INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

TEXAS COMPTROLLER OF PUBLIC ACCTS
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711-3528

# MASTER SERVICE LIST

**GOVT. AGENCY**

TEXAS DEPT OF HEALTH AND HUMAN SERVS
4900 N LAMAR BLVD
AUSTIN TX 78751-2316

TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

US DEPT OF HEALTH & HUMAN SERVICES
OFFICE OF THE SECRETARY
200 INDEPENDENCE AVE SW
WASHINGTON DC 20201

**OFFICIAL UNSECURED CREDITORS' COMMITTEE**

SHAQAZ WILDER
200 E 5TH AVENUE STE 123
NAPPERVILLE IL 60563

ARACELIS RUFFOLO
38W 401 SIDNEY COURT
ST CHARLES IL 60175

VILORA L WILLIAMS
2636 GLENMORE DR
MESQUITE TX 75150

**PATIENT CARE OMBUDSMAN**

PIVOT HEALTH LAW LLC
SUSAN N GOODMAN, RN JD
P O BOX 69735
ORO VALLEY AZ 85737

**PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

DRINKER BIDDLE & REATH LLP
VINCENT P SLUSHER
1717 MAIN ST., STE 5400
DALLAS TX 75201-7367

DRINKER BIDDLE & REATH LLP
JAMES H MILLAR
1177 AVENUE OF THE AMERICAS, 41ST FLOOR
NEW YORK NY 10036-2714

DRINKER BIDDLE & REATH LLP
STACY A LUTKUS
321 GREAT OAKS BLVD
ALBANY NY 12203-5971

**SECURED CREDITOR**

WELLS FARGO EQUIPMENT FINANCE INC
733 MARQUETTE AVE
STE 700
MINNEAPOLIS MN 55402

DELL FINANCIAL SERVICES LLC
MAIL STOP-PS2DF-23
ONE DELL WAY
ROUND ROCK TX 78682

## MASTER SERVICE LIST

| **SECURED CREDITOR** | **SECURED CREDITOR** |
|---|---|
| SHI INTERNATIONAL CORP<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE PA 19087 | BANK OF THE OZARKS<br>625 COURT ST<br>CLEARWATER FL 33756 |
| ORIGIN BANK<br>3838 OAK LAWN AVE STE P100<br>DALLAS TX 75219 | BB AND T<br>2001 ROSS AVE<br>STE 2700<br>DALLAS TX 75201 |
| US FOODS INC<br>9399 WEST HIGGINS RD<br>ROSEMONT IL 60018 | BBVA COMPASS<br>8080 N CENTRAL EXPWY<br>STE 310<br>DALLAS TX 75206 |
| GREEN BANK NA<br>VERITEX<br>CAPITOL SERVICES<br>206 E 9TH ST STE 1300<br>AUSTIN TX 78701-4411 | BMO HARRIS<br>111 W MONROE ST 5 WEST<br>CHICAGO IL 60603 |
| FIRST NATIONAL BANK<br>DBA FIRST NATIONAL BANK TOWN SQUARE<br>1540 E SOUTHLAKE BLVD<br>SOUTHLAKE TX 76092 | BRAND BANK<br>PO BOX 4140<br>TUPELO MS 38803-4140 |
| ORIGIN BANCORP INC<br>MAZAN SBAITI<br>SBAITI AND CO PLLC<br>1201 ELM ST STE 4010<br>DALLAS TX 75270 | RENASANT BANK<br>3328 PEACHTREE RD NE<br>STE 400<br>ATLANTA GA 30326 |
| AMERICAN NATIONAL BANK<br>PO BOX 40<br>TERRELL TX 75160 | CITIZENS SECURITY BANK<br>14821 S MEMORIAL<br>BIXBY OK 74008 |

# MASTER SERVICE LIST

09/24/2020

**SECURED CREDITOR**

FIRST SECURE BANK OF SUGAR GROVE
670 N SUGAR FROBE PKWY ROUTE 47
PO BOX 350
SUGAR GROVE IL 60554

FROST BANK 2950
N HARWOOD
FLOOR 11
DALLAS TX 75201

GREAT SOUTHERN BANK
8201 PRESTON RD
STE 305
DALLAS TX 75225

HANCOCK WHITNEY BANK
2510 14TH ST
GULFPORT MS 39501

LANCASTER POLLARD
65 E STATE ST
16TH FLOOR
COLUMBUS OH 43215

HEALTHCARE TRUST INC
405 PARK AVE
NEW YORK NY 10022

NHI REIT OF TX IL LLC
222 ROBERT ROSE DR
MURFREESBORO TN 37129

**SECURED CREDITOR**

PLAINSCAPITAL BANK
PO BOX 93600
LUBBOCK TX 79493

PROSPERITY BANK
2201 SOUTH BROADWAY
EDMOND OK 73013

SIMMONS BANK
PO BOX 7009
PINE BLUFF AR 71611

TCF NATIONAL BANK
1405 XENIUM LN
PLYMOUTH MN 55441

TEXAS CAPITAL BANK
2350 LAKESIDE BLVD
STE 800
RICHARDSON TX 75082

UNITED COMMUNITY BANK
1400 AUGUSTA ST
GREENVILLE SC 29605

FROST BANK
CHARLES BAUM
QUILLING SELANDER LOWNDS WINSLETT AND
MOSER PC
2001 BRYAN ST STE 1800
DALLAS TX 75201

# MASTER SERVICE LIST

09/24/2020

## SECURED CREDITOR

FIRST NATIONAL BANK
QUILLING SELANDER; CHARLES BAUM
2001 BRYAN ST STE 1800
DALLAS TX 75201

## SECURED CREDITOR; COUNSEL FOR VERITEX COMMUNITY BANK

STREUSAND LANDON OZBURN & LEMMON LLP
STEPHEN W LEMMON; RHONDA B MATES
1801 S MOPAC EXPRESSWAY STE 320
AUSTIN TX 78746

## SPECIAL COUNSEL FOR THE DEBTORS

HAYNES AND BOONE LLP
MATTHEW T FERRIS
2323 VICTORY AVE STE 700
DALLAS TX 75219-7672

## STATE ATTORNEY GENERALS

FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

GEORGIA ATTORNEY GENERAL
CHRIS CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

## STATE ATTORNEY GENERALS

ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CENTER
100 W RANDOLPH ST
CHICAGO IL 60601

KANSAS ATTORNEY GENERAL
DEREK SCHMIDT
120 SW 10TH AVE
2ND FLOOR
TOPEKA KS 66612-1597

MISSOURI ATTORNEY GENERAL
ERIC SCHMITT
SUPREME COURT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

OKLAHOMA ATTORNEY GENERAL
MIKE HUNTER
313 NE 21ST ST
OKLAHOMA CITY OK 73105

SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549

TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

WISCONSIN ATTORNEY GENERAL
JOSH KAUL
114 EAST STATE CAPITOL
MADISON WI 53707-7857

**MASTER SERVICE LIST**

**STATE ATTORNEY GENERALS**

NORTH CAROLINA ATTORNEY GENERAL
JOSH STEIN
DEPT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

**TOP 20 UNSECURED CREDITOR OF CINCO RANCH MEMORY CARE, LLC**

A PLACE FOR MOM INC
PO BOX 913241
DENVER CO 80291-3241

CARINGCOM
PO BOX 7689
SAN FRANCISCO CA 94120-7689

CFP FIRE PROTECTION
153 TECHNOLOGY DR STE 200
IRVINE CA 92618

CLIFTONLARSONALLEN LLP
PO BOX 679334
DALLAS TX 75267-9334

COINMACH CORP
PO BOX 27288
NEW YORK NY 10087-7288

**TOP 20 UNSECURED CREDITOR OF CINCO RANCH MEMORY CARE, LLC**

ILLUSTRATUS
8455 LENEXA DR
LENEXA KS 66214

JUAN ESCAMILLA
DBA ESCAMILLA CO
15420 WEST HARDY RD
HOUSTON TX 77060

MCKESSON CORP
MCKESSON MEDICAL-SURGICAL
PO BOX 204786
DALLAS TX 75320-4786

MEDLINE INDUSTRIES INC
DEPT 1080
PO BOX 121080
DALLAS TX 75312-1080

OMNICARE INC
DEPT 781668
POBOX 78000
DETROIT MI 48278-1668

ON SHIFT INC
PO BOX 207856
DALLAS TX 75320-7856

REACHLOCAL INC
KELLY BARKER
6111 PLANO PKWY STE 1000
PLANO TX 75093

# MASTER SERVICE LIST

09/24/2020

**TOP 20 UNSECURED CREDITOR OF CINCO RANCH MEMORY CARE, LLC**

RYAN LLC
PO BOX 848351
DALLAS TX 75284-8351

STAPLES BUSINESS ADVANTAGE
PO BOX 660409
DALLAS TX 75266-0409

STAPLES TECHNOLOGY SOLUTIONS
PO BOX 95230
CHICAGO IL 60694-5230

WESTFIELD BANK FSB
PO BOX 668
WESTFIELD CENTER OH 44251-0668

YARDI SYSTEMS
PO BOX 82572
GOLETA CA 93118-2572

CINCO LANDSCAPE MAINTENANCE ASSOC INC
PRINCIPAL MGMT GROUP HOUSTON
PO BOX 3157
HOUSTON TX 77253-3157

PATIENT ID # CIN - 1162

**TOP 20 UNSECURED CREDITOR OF CINCO RANCH MEMORY CARE, LLC**

PATIENT ID # CIN - 1009

**TOP 20 UNSECURED CREDITOR OF PEARLAND MEMORY CARE, LLC**

A PLACE FOR MOM INC
PO BOX 913241
DENVER CO 80291-3241

BRUSNIAK PLLC
PO BOX 802882
DALLAS TX 75380-2882

CARINGCOM
PO BOX 7689
SAN FRANCISCO CA 94120-7689

CERTIFIED SVC CENTER
813 SOUTH EASTMAN RD
LONGVIEW TX 75602

CFP FIRE PROTECTION
153 TECHNOLOGY DR STE 200
IRVINE CA 92618

**MASTER SERVICE LIST**

| **TOP 20 UNSECURED CREDITOR OF PEARLAND MEMORY CARE, LLC** | **TOP 20 UNSECURED CREDITOR OF PEARLAND MEMORY CARE, LLC** |
|---|---|
| ILLUSTRATUS<br>8455 LENEXA DR<br>LENEXA KS 66214 | STERICYCLE INC<br>PO BOX 6575<br>CAROL STREAM IL 60197-6575 |
| JUAN ESCAMILLA<br>DBA ESCAMILLA CO<br>15420 WEST HARDY RD<br>HOUSTON TX 77060 | SYSCO<br>PO BOX 560700<br>LEWISVILLE TX 75056-0700 |
| LAND CRAFTERS LTD<br>PO BOX 241<br>CYPRESS TX 77410-0241 | WESTFIELD BANK FSB<br>PO BOX 668<br>WESTFIELD CENTER OH 44251-0668 |
| MCKESSON CORP<br>MCKESSON MEDICAL-SURGICAL<br>PO BOX 204786<br>DALLAS TX 75320-4786 | YARDI SYSTEMS<br>PO BOX 82572<br>GOLETA CA 93118-2572 |
| ON SHIFT INC<br>PO BOX 207856<br>DALLAS TX 75320-7856 | CUSHMAN AND WAKEFIELD OF CONNECTICUT INC<br>VALUATION AND ADVISORY<br>ONE MEADOWLANDS PLAZA 7TH FLOOR<br>EAST RUTHERFORD NJ 07073 |
| REACHLOCAL INC<br>KELLY BARKER<br>6111 PLANO PKWY STE 1000<br>PLANO TX 75093 | SHADOW CREEK RANCH COMMERCIAL OA<br>FIRSTSERVICE RESIDENTIAL<br>PO BOX 2321<br>HOUSTON TX 77251-2321 |
| RYAN LLC<br>PO BOX 848351<br>DALLAS TX 75284-8351 | SIMPSON AC AND HEATING LLC<br>2626 SOUTH LOOP WEST STE 150<br>HOUSTON TX 77054 |

**MASTER SERVICE LIST**

**TOP 20 UNSECURED CREDITOR OF PEARLAND MEMORY CARE, LLC**

PATIENT ID # PEA - 1126

**TOP 20 UNSECURED CREDITOR OF RIVERSTONE MEMORY CARE, LLC**

A PLACE FOR MOM INC
PO BOX 913241
DENVER CO 80291-3241

BRIGHTVIEW LANDSCAPE SVC
PO BOX 31001-2463
PASADENA CA 91110-2463

CFP FIRE PROTECTION
153 TECHNOLOGY DR STE 200
IRVINE CA 92618

CLIFTONLARSONALLEN LLP
PO BOX 679334
DALLAS TX 75267-9334

COINMACH CORP
PO BOX 27288
NEW YORK NY 10087-7288

**TOP 20 UNSECURED CREDITOR OF RIVERSTONE MEMORY CARE, LLC**

DIRECT SUPPLY INC
BOX 88201
MILWAUKEE WI 53288-0201

FIRETROL PROTECTION SYSTEMS
400 GARDEN OAKS BLVD
HOUSTON TX 77018

HD SUPPLY
PO BOX 509058
SAN DIEGO CA 92150-9058

JUAN ESCAMILLA
DBA ESCAMILLA CO
15420 WEST HARDY RD
HOUSTON TX 77060

KIRBY RESTAURANT AND SUPPLY
809 SOUTH EASTMAN RD
LONGVIEW TX 75602

MCKESSON CORP
MCKESSON MEDICAL-SURGICAL
PO BOX 204786
DALLAS TX 75320-4786

ON SHIFT INC
PO BOX 207856
DALLAS TX 75320-7856

# MASTER SERVICE LIST

09/24/2020

**TOP 20 UNSECURED CREDITOR OF RIVERSTONE MEMORY CARE, LLC**

POWERSECURE SVC INC
377 MAITLAND AVE
STE 1010
ALTAMONTE SPRINGS FL 32701

REACHLOCAL INC
KELLY BARKER
6111 PLANO PKWY STE 1000
PLANO TX 75093

RYAN LLC
PO BOX 848351
DALLAS TX 75284-8351

STERLING TALENT SOLUTIONS
NEWARK POST OFFICE
PO BOX 36482
NEWARK NJ 07193-6482

WESTFIELD BANK FSB
PO BOX 668
WESTFIELD CENTER OH 44251-0668

SIMPSON AC AND HEATING LLC
2626 SOUTH LOOP WEST STE 150
HOUSTON TX 77054

RIVERSTONE COMMERCIAL POA
18353 UNIVERSITY BLVD
SUGAR LAND TX 77479

**TOP 20 UNSECURED CREDITOR OF RIVERSTONE MEMORY CARE, LLC**

WASCO PRODUCTS INC
PO BOX 559
85 SPENCER DR UNIT A
WELLS ME 04090

**TOP 20 UNSECURED CREDITOR OF**

ORIGIN BANK
3838 OAK LAWN AVE STE P100
DALLAS TX 75219

BELL NUNNALLY
3232 MCKINNEY AVE STE 1400
DALLAS TX 75204-2429

CLIFTONLARSONALLEN LLP
PO BOX 679334
DALLAS TX 75267-9334

HUNTON ANDREWS KURTH LLP
PO BOX 301276
DALLAS TX 75303-1276

JUAN ESCAMILLA
DBA ESCAMILLA CO
15420 WEST HARDY RD
HOUSTON TX 77060

| TOP 20 UNSECURED CREDITOR OF | TOP 20 UNSECURED CREDITOR OF |
|---|---|
| OGLETREE DEAKINS NASH SMAOK AND STEWART<br>PO BOX 89<br>COLUMBIA SC 29202 | DIXON HUGHES GOODMAN LLP<br>4350 CONGRESS ST  STE 900<br>PO BOX 602828<br>CHARLOTTE NC 28260-2828 |
| WESTFIELD BANK FSB<br>PO BOX 668<br>WESTFIELD CENTER OH 44251-0668 | GSI ENGINEERING LLC 4503<br>EAST 47TH ST SOUTH<br>WICHITA KS 67210-1651 |
| CURTIS GROUP ARCHITECTS LTD<br>5000 QUORUM DR STE 500<br>DALLAS TX 75254 | MONSTER WORLDWIDE INC<br>PO BOX 90364<br>CHICAGO IL 60696-0364 |
| CANNON AND CANNON INC<br>8550 KINGSTON PIKE<br>KNOXVILLE TN 37919 | OBRIEN ARCHITECTS INC<br>5310 HARVEST HILL STE 136 LB 161<br>DALLAS TX 75230 |
| CAPITAL CENTER LAND CONDO ASSN INC<br>4077 TAMINAMI TRL NORTH STE D-201<br>NAPLES FL 32502 | POPP HUTCHESON PLLC<br>1301 SOUTH MOPAC  STE 430<br>AUSTIN TX 78746 |
| CIGNA HEALTH AND LIFE INS CO<br>PO BOX 644546<br>PITTSBURGH PA 15264-4546 | SAS ARCHITECTS AND PLANNERS<br>630 DUNDEE RD STE 110<br>NORTHBROOK IL 60062 |
| CNA INSURANCE<br>PARAGON ASSET RECOVERY SVC INC<br>PO BOX 6065-02<br>HERMITAGE PA 16148-1065 | THE VILLAGE AT SILVER SAGE<br>6363 WOODWAY DR STE 410<br>HOUSTON TX 77057 |

**MASTER SERVICE LIST**

09/24/2020

**TOP 20 UNSECURED CREDITOR OF**

VMG HEALTH
PO BOX 674046
DALLAS TX 75267-4046

**TOP 20 UNSECURED CREDITOR OF WEST HOUSTON MEMORY CARE, LLC**

ILLUSTRATUS
8455 LENEXA DR
LENEXA KS 66214

**TOP 20 UNSECURED CREDITOR OF WEST HOUSTON MEMORY CARE, LLC**

A PLACE FOR MOM INC
PO BOX 913241
DENVER CO 80291-3241

MCKESSON CORP
MCKESSON MEDICAL-SURGICAL
PO BOX 204786
DALLAS TX 75320-4786

BRIGHTVIEW LANDSCAPE SVC
PO BOX 31001-2463
PASADENA CA 91110-2463

OMNICARE INC
DEPT 781668
POBOX 78000
DETROIT MI 48278-1668

PARKWAY/ELDRIDGE RD PROP OWNERS ASSC INC
55 WAUGH DR STE 1111
HOUSTON TX 77007

BRUSNIAK PLLC
PO BOX 802882
DALLAS TX 75380-2882

POWERSECURE SVC INC
377 MAITLAND AVE
STE 1010
ALTAMONTE SPRINGS FL 32701

CFP FIRE PROTECTION
153 TECHNOLOGY DR STE 200
IRVINE CA 92618

REACHLOCAL INC
KELLY BARKER
6111 PLANO PKWY STE 1000
PLANO TX 75093

COINMACH CORP
PO BOX 27288
NEW YORK NY 10087-7288

RENTOKIL STERITECH
PO BOX 13848
READING PA 19612

**MASTER SERVICE LIST**

09/24/2020

**TOP 20 UNSECURED CREDITOR OF WEST HOUSTON MEMORY CARE, LLC**

RYAN LLC
PO BOX 848351
DALLAS TX 75284-8351

STERLING TALENT SOLUTIONS
NEWARK POST OFFICE
PO BOX 36482
NEWARK NJ 07193-6482

SYSCO
PO BOX 560700
LEWISVILLE TX 75056-0700

WESTFIELD BANK FSB
PO BOX 668
WESTFIELD CENTER OH 44251-0668

PATIENT ID # WHO - 1091

PATIENT ID # WHO - 1091

PATIENT ID # WHO - 1110

**TOP 20 UNSECURED CREDITOR OF WEST HOUSTON MEMORY CARE, LLC**

PATIENT ID # WHO - 1127

PATIENT ID # WHO - 1004