Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
Seth A. Sloan
State Bar No. 24098437
**CROWE & DUNLEVY, P.C.**
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 214.420.2163
Facsimile:  214.736.1762
Email: vickie.driver@crowedunlevy.com
Email:christina.stephenson@crowedunlevy.com
Email: seth.sloan@crowedunlevy.com

**COUNSEL FOR THE DEBTOR**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **WEST HOUSTON MEMORY CARE, LLC,**[1] | § | **Case No. 19-31485-sgj-11** |
| | § | |
| **Debtor.** | § | |

**NOTICE OF BAR DATE**

**PLEASE TAKE NOTICE** that **February 16, 2021** at **5:00 p.m.** (Prevailing Central Time) has been established as the deadline for each person or entity that asserts a request for payment of administrative claims arising between the Petition Date and December 31, 2020 (the "**Administrative Claims Deadline**"), including (i) claims for professional fees and expenses in these proceedings and (ii) claims asserting administrative priority and arising in the ordinary course of business after the Petition Date (the "**Administrative Claims**"), to file a request for payment of such Administrative Claims (the "**Administrative Claims Bar Date**").

---

[1] Last four EIN 2760.

**NOTICE OF BAR DATE – PAGE 1**

**PLEASE TAKE FURTHER NOTICE** that with respect to preparing and filing a request for payment of Administrative Claims, each claim shall conform to the following:

a. Proofs of Claim must substantially conform to Official Form 410;

b. Requests for payment of Administrative Claims must (i) be written in the English language; (ii) be denominated in lawful currency of the United States as of the Petition Date (using the exchange rate, if applicable, as of the Petition Date); (iii) specify by name and case number the Debtor against which the claim is filed; (iv) set forth with specificity the legal and factual basis for the alleged claim; (v) include supporting documentation for the claim or an explanation as to why such documentation is not available; and (vi) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant under penalty of perjury;

c. Proofs of Claim and requests for payment of Administrative Claims must be filed by filing the original Proof of Claim form with this Court via the Court's ECF system.

d. A Proof of Claim or request for payment of an Administrative Claim shall be deemed timely filed only if it is docketed before the Bar Date;

**PLEASE TAKE FURTHER NOTICE** that any holder of a claim against the Debtor that is required to file a Proof of Claim on account of an Administrative Claim on account of a postpetition claim but fails to do so on or before the Bar Date (i) shall not be treated as a creditor with respect to such claim or Administrative Claim for the purposes of voting on any applicable chapter 11 plan and distribution in this chapter 11 case on account of such claim or Administrative Claim, if any; and (ii) forever shall be barred, estopped, and enjoined from asserting such claim against the Debtor and its property or filing a Proof of Claim or an Administrative Claim with respect thereto, and the Debtor and its chapter 11 estate, successors, and property shall be forever discharged from any and all indebtedness or liability with respect to or arising from such claim or Administrative Claim.

**PLEASE TAKE FURTHER NOTICE** that parties can find further information with respect to Debtor's chapter 11 case by going to the following website: https://www.donlinrecano.com/Clients/lasalle/Index.

Dated: January 15, 2021

                                **CROWE & DUNLEVY, P.C.**

By: */s/ Vickie L. Driver*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
Seth A. Sloan
State Bar No. 24098437
2525 McKinnon Street, Suite 425
Dallas, TX 75201
Telephone: 214.420.2163
Facsimile: 214.736.1762
Email: vickie.driver@crowedunlevy.com
Email: christina.stephenson@crowedunlevy.com
Email: seth.sloan@crowedunlevy.com

**COUNSEL FOR THE DEBTOR**

## **CERTIFICATE OF SERVICE**

      I hereby caused a true and correct copy of the foregoing pleading to be served upon the parties listed on the attached Limited Service List and the post-petition employees and residents list (not attached to avoid violating HIPPA and confidentiality) for West Houston Memory Care, LLC, via e-mail, U.S. Mail, and/or electronic transmission via the Court's ECF noticing system on this 15th day of January, 2021.

                                                      */s/ Vickie L. Driver*
                                                      Vickie L. Driver