## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **WEST HOUSTON MEMORY CARE, LLC** | § | Case No. 19-31485 -sgj-11 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

### FOURTH APPLICATION OF SUSAN N. GOODMAN, PATIENT CARE OMBUDSMAN, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR EFFORTS RELATED TO: WEST HOUSTON MEMORY CARE, LLC

**NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, DALLAS, TX 75242 BEFORE CLOSE OF BUSINESS ON MARCH 15, 2021, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON THE PATIENT CARE OMBUDSMAN PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HON. STACY G.C. JERNIGAN, UNITED STATES BANKRUPTCY JUDGE:

Susan N. Goodman, the Patient Care Ombudsman ("**PCO**" or "**Applicant**"), files this fourth fee application pursuant to 11 U.S.C. §§ 330(a) and 331, Federal Rule of Bankruptcy Procedure 2016, and N.D. TX L.B.R. 2016-1(c) allowing and awarding compensation for services provided on behalf of residents at Debtors West Houston Memory Care, LLC ("**West Houston**").

PCO's *Third Application of Susan N. Goodman, Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for Efforts Related to: West Houston Memory Care, LLC*

("**Third Application**") was filed on November 5, 2020 at Docket No. 29. The order awarding compensation for the Third Application was filed on December 4, 2020 at Docket No. 40. Both the Third Application and the associated Order are incorporated by reference herein.

In PCO's Third Application, an amount of $6,000.00 was budgeted for estimated professional fees and expenses through the end of the anticipated appointment period. However, as detailed in the *Patient Care Ombudsman's Ninth Interim Report for West Houston Location Only* (Docket No. 37 filed November 30,2020 and incorporated by reference herein), circumstances presented that required additional follow-up and, ultimately, the appointment period was longer than anticipated in PCO's Third Application. Accordingly, PCO submits this *Fourth Application of Susan N. Goodman, Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for Efforts Related to: West Houston Memory Care, LLC* (the "**Application**").

The additional fees and expenses for the period of November 1, 2020 through January 31, 2021 (the "**Application Period**") beyond the monies budgeted in the Third Application were $3,712.72. While the additional monies are classified as professional fees, PCO's expenses for this period were $1,425.22, by category type as follows:

| Category | Amount |
|---|---|
| Airfare | $1,227.96 |
| Car Rental | $95.26 |
| Hotel | $0.00 |
| Meals | $26.95 |
| Parking Fees | $19.45 |
| Postage | $55.60 |
| **TOTAL** | **$1,425.22** |

The total professional fees accumulated during the Application Period was $8,287.50. Collectively fees and expenses totaled $9,712.72. This amount, reduced by the $6,000.00 budgeted

amount approved in the Third Fee Application, resulted in the overrun of $3,712.72 sought in this Application (the "**Award**"). In support of this Application, PCO represents as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction of this Chapter 11 proceeding pursuant to 28 U.S.C. §§ 157 and 1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief requested in this Application are Local Rule of Bankruptcy Procedure 2016, Federal Rules of Bankruptcy Procedure Rule 2016, and Bankruptcy Code §§ 105, 330 and 333.

## BACKGROUND

4.      On May 2, 2019 (the "**Petition Date**"), The LaSalle Group, Inc. ("LaSalle"), and its affiliates West Houston Memory Care, LLC; Cinco Ranch Memory Care, LLC; Pearland Memory Care, LLC; and, Riverstone Memory Care, LLC (collectively, the "**Debtors**"), each filed for Chapter 11 bankruptcy protection pursuant to the United States Bankruptcy Code (the "**Bankruptcy Code**"). These cases were initially jointly administered under case no. 19-31484, and later de-consolidated pursuant to the court's order at Docket No. 799 on October 15, 2020.

5.      No trustee or examiner has been appointed in the above-captioned bankruptcy cases pursuant to Section 1104 of the Bankruptcy Code.

6.      Pursuant to the court's May 15, 2019 *Agreed Order Appointing a Patient Care Ombudsman Pursuant to 11 U.S.C. § 333* [Docket No. 69], the United States Bankruptcy Trustee filed its *Notice of Appointment of Patient Care Ombudsman* ("**Appointment Notice**") on May 21, 2019 [Docket No. 86] naming Susan N. Goodman as the PCO.

## SUMMARY OF SERVICES PROVIDED

7.      Given the concerns uncovered during PCO's site visit immediately precedent to this Application Period, PCO engaged in a follow-up site visit and remained regularly engaged with site leadership and interested parties through the sale completion in late January. PCO had planned on a second follow-up site visit, although COVID-19 concerns led to the facility closing to visitors in

January 2021. During the Application Period, PCO filed *Patient Care Ombudsman's Ninth Interim Report for West Houston Location Only* on November 30, 2020 at Docket No. 37 on the unconsolidated docket.

8. PCO monitored docket pleadings and calendared hearings consistent with the level of engagement appropriate to the PCO role to monitor for items having potential impact on resident care.

9. In support of this Application, PCO submits fee summaries by month for the Application Period along with detailed fee statements (invoices). These documents are attached herein as **Exhibits B and C**, respectively.

## EVALUATION STANDARDS

10. United States Bankruptcy Code § 330(a)(3)-(4)(A) provides an analytical framework to evaluate the reasonableness of professional fees and expenses. The court considers the nature, extent, and value of the services rendered relative to: (1) the time spent, (2) the rates charged, (3) whether the services were necessary or provided a benefit to the estate, (4) the time spent relative to the complexity and nature of the task addressed, (5) whether the professional demonstrated skill and expertise, (6) whether the professional fee is comparatively reasonable, and (7) whether the fee avoids unnecessary duplication and/or waste. If the professional fee requested fails this analysis, the court may reduce the amount of compensation awarded.

11. The Fifth Circuit has historically adopted a "lodestar" method for determining the reasonableness of compensation under Bankruptcy Code §330. See In re Lawler, 807 F.2d 1207, 1211 (5th Cir. 1987) (the primary method used to determine a reasonable fee in bankruptcy is "equal to the number of hours reasonably expended multiplied by the prevailing hourly rate in the community for similar work").

12. PCO's activities all classify as general case administration under Section I (C) of the *Guidelines for Compensation and Reimbursement of Professionals in Chapter 11 Cases* for the United States Bankruptcy Court Northern District of Texas, Effective January 1, 2001.

13.     PCO expended 22.1 hours engaged in activities associated with her role at this location, including remote monitoring and one site visit, document preparation and guidance, follow-up with site leadership, counsel, the United States Trustee, and, as appropriate, limited monitoring of docket pleadings and calendaring for relevance to staffing and/or resident care.

14.     PCO provided a vital and necessary service to residents cared for by the Debtors during the reorganization process through effective and ongoing interaction and engagement that added value through pro-active oversight and feedback.  Accordingly, PCO requests that this Court enter an order allowing full payment of PCO's fees and expenses for this Application Period in the total requested amount of $9,712.72, resulting in an additional $3,712.72 in professional fees over that which was budgeted in the Third Fee Application.

15.     The $375.00 hourly rate charged by PCO compares favorably to hourly rates charged by other professionals in this field and is consistent with PCO's health law practice fees.  PCO has a clinical, health care operations, and health law compliance background that allowed for thorough PCO coverage without engagement of other professionals.

16.     Applicant has not shared or agreed to share compensation or reimbursement awarded in this case with any other person or entity.  No agreement or understanding exists between Applicant and any other person for a division of compensation.  Applicant has not entered into any agreement prohibited by U.S.C. Title 18 §155.

**RELIEF REQUESTED**

WHEREFORE, PCO respectfully requests that this court enter an order substantially in the form attached herein as **Exhibit D**:

   a.   approving Application Period fees and expenses totaling $9,712.72, resulting in $3,712.72 in additional professional fees above that which was budgeted in the Third Fee Application, as reasonable additional compensation for actual and necessary professional services rendered by the PCO for the benefit of the Debtors' West Houston location during the Application Period;

b. authorizing and directing Debtors to pay the PCO professional fees of **$3,712.72** in addition to the **$37,533.88** that remains outstanding from PCO's First Interim Fee Application Order [filed May 11, 2020 at Docket No. 674] and PCO's Second Interim Fee Application Order [filed September 24, 2020 at Docket No. 790] (under consolidated Case No. 19-31484); and, PCO's Third Fee Application Order [filed December 4, 2020 at Docket No. 40] (under Case No. 19-31485); and,

c. granting such other and further relief as the court deems just and proper.

DATED: February 17, 2021          By: _/s/ Susan N. Goodman, RN JD_ (TX Bar 24117585)
PIVOT HEALTH LAW, LLC
P.O. Box 69734
Oro Valley, Arizona 85737
Ph: (520) 744-7061
Fx: (520) 575-4075
sgoodman@pivothealthaz.com
_Patient Care Ombudsman_

## STATEMENT OF CERTIFYING PROFESSIONAL

The undersigned hereby certifies that I have prepared and read the foregoing *Fourth Application of Susan N. Goodman, Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for Efforts Related to: West Houston Memory Care, LLC*, and to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement requested (a) are in conformity with the Court's *Guidelines for Compensation and Reimbursement of Professionals in Chapter 11 Cases*, effective January 1, 2001, and (b) were billed at rates in accordance with practices, no less favorable than those customarily employed by the Applicant, and generally accepted by the Applicant's clients.

DATED: February 17, 2021            By: */s/ Susan N. Goodman, RN JD* (TX Bar 24117585)
                                              Susan N. Goodman
                                              *Patient Care Ombudsman*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon the parties listed on the current Limited-Service List via the Court's electronic transmission facilities, on this 17th day of February 2021. Furthermore, a true and complete copy of the foregoing pleading was on the Debtors and the U.S. Trustee on this 17th day of February 2021. In addition, **Exhibit A** to the foregoing pleading, the Fee Application Summary, was served upon the creditor matrix via the Court's electronic transmission facilities and/or United States Mail, First Class, on this 17th day of February 2021 as attached herein.

                                       */s/ Susan N. Goodman, RN JD* (TX Bar 24117585)
                                       Susan N. Goodman

**EXHIBIT A**
**PCO's Fourth Fee Application Summary**

Case No:    19-31485-sgj-11

Case Name:  **WEST HOUSTON MEMORY CARE, LLC**

I.    CLIENTS – Debtor West Houston Memory Care, LLC

II.    REQUESTING APPLICANT – Susan N. Goodman

| | |
|---|---|
| Applicant/Capacity: | Patient Care Ombudsman |
| Time Period: | November 1, 2020 through January 31, 2021 |
| Bankruptcy Petition Date: | May 2, 2019 |
| Date PCO Appointment: | May 21, 2019 |
| Case Status: | Sale completion January 26, 2021 and follow-up closure |
| Amount Requested: | $3,712.72 more than previously budgeted and awarded $6,000.00 amount in PCO's Third Fee Application. |
| Amount Previously Paid: | $0.00 |
| Amount in Trust: | $0.00 |
| Amount to prepare, file, serve supplemental fee application: | $802.80 included in this Application for fees and expenses. |
| Expense Detail: | Airfare: $1,227.96; Car Rental: $95.26; Meals: $26.95; Parking Fees/Tolls: $19.45; and, Postage: $55.60 |
| Retainer: | None |
| Hourly Rates: | PCO - $375.00/hour |
| Hours This Application: | PCO:  22.1 (hrs billed in 0.1 minimum fee increments) |
| Activity Classification: | General Case Administration |
| Accomplishments: | remote monitoring and follow-up; one interim report; one site visit |
| Other similarly situated case professionals: | Harney Partners, Donlin Recano. |
| Explanation for amount of fees if more than budget: | PCO believes total billed amounts were within budgeted dollars. Certainly, PCO believes she has engaged every available strategy to reduce PCO cost burden to the Debtors' Estate |

DATED:  February 17, 2021          By:  */s/ Susan N. Goodman, RN JD* (TX Bar 24117585)
                                         Susan N. Goodman
                                         *Patient Care Ombudsman*



# EXHIBIT B
## *Fee Statement Summary*

**Case Name: The LaSalle Group, Inc. (West Houston)**
**Case No: ND TX DAL 19-31485**
**11/1/2020 to 1/31/2021**

### Cumulative Totals to Date

| FEES BILLED | COSTS BILLED | HOLDBACK | FEES PAID | COSTS PAID |
|---|---|---|---|---|
| $71,362.50 | $6,069.08 | $0.00 | $33,491.25 | $2,693.73 |

| Date: | 17-Feb-21 | Objection Deadline: | 15-Mar-21 |
|---|---|---|---|

| MO/YR | PROFESSIONAL | RATE/HR | HOURS BILLED | TOTAL | HOLDBACK | AMT DUE |
|---|---|---|---|---|---|---|
| Nov-20 | SUSAN N. GOODMAN | $375.00 | 6.8 | $2,550.00 | $0.00 | $2,550.00 |
| Dec-20 | SUSAN N. GOODMAN | $375.00 | 11.5 | $4,312.50 | $0.00 | $4,312.50 |
| Jan-21 | SUSAN N. GOODMAN | $375.00 | 3.8 | $1,425.00 | $0.00 | $1,425.00 |
| | | | | | | |
| | | | | | | |
| | TOTAL FEES | | | $8,287.50 | $0.00 | $8,287.50 |
| | | | | | | |
| | TOTAL COSTS | | | $1,425.22 | $0.00 | $1,425.22 |
| | Budgeted in 3d Fee App | | | $6,000.00 | | $6,000.00 |
| | | | | | | |
| | AMOUNT OWING | | | $3,712.72 | $0.00 | $3,712.72 |
| | | | | | | |



**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

EXHIBIT C - ITEMIZED INVOICES

**Invoice #:** 1140
**Invoice Date:** 12/1/2020

Period: November 1 - 30, 2020

**Bill To:**

The LaSalle Group, Inc.
d/b/a Autumn Leaves
ND TX DAL
19-31484

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 11/2/2020 | Call Ex COO re site visit concerns (.3); UST update (.3); EML msgs from UST and AG (.2) | 0.8 | 375.00 | 300.00 |
| 11/3/2020 | EMLs from AG and HHS; call with HHS with follow up with AG re email summary provided to UST and recommend follow-up and timing (.7 total time, reduced to .3); update to debtor counsel (.4 - reduced to .2) | 0.5 | 375.00 | 187.50 |
| 11/4/2020 | Review staffing plan for November 2020 | 0.2 | 375.00 | 75.00 |
| 11/5/2020 | prepare and file notice of appearance in deconsolidated West Hou case (.3); additional edits to 3d fee application, file, serve (.5) | 0.8 | 375.00 | 300.00 |
| 11/6/2020 | EML exchanges ED re follow up call staffing | 0.1 | 375.00 | 37.50 |
| 11/16/2020 | Draft, file, and serve 2015.1 9th notice; EML to ED re follow-up call | 0.3 | 375.00 | 112.50 |
| 11/17/2020 | EML exchange with AG office and HHS re update | 0.1 | 375.00 | 37.50 |
| 11/18/2020 | follow up call with ED re staffing and current state | 0.6 | 375.00 | 225.00 |
| 11/27/2020 | Review notes and begin drafting 9th PCO report | 1.5 | 375.00 | 562.50 |
| 11/29/2020 | Draft certificate of no objections 3d fee app | 0.3 | 375.00 | 112.50 |
| 11/30/2020 | EML/txt ED re staffing sheet review; review sheets (.3); MOR OCT [DE 35] review consistent w/ role (.1); finish report drafting/to ED for approval/final edits (.4); finalize/file CONO and order (.1) and 9th report (.5); revised 2015.1 resident posting to ED (.2) thank you (.1 NC) | 1.6 | 375.00 | 600.00 |
| | Professional Fee Subtotal | | | 2,550.00 |
| 11/5/2020 | LaSalle West HOU additional postage 3d fee | | 0.60 | 0.60 |
| 11/6/2020 | LaSalle POSTAGE Mail 3d Fee App Chambers | | 2.20 | 2.20 |
| 11/17/2020 | LaSalle SV6 Parking Fees/Tolls - Toll Road Charges | | 7.45 | 7.45 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |



**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1140
**Invoice Date:** 12/1/2020

| Period: November 1 - 30, 2020 |
|---|

**Bill To:**

The LaSalle Group, Inc.
d/b/a Autumn Leaves
ND TX DAL
19-31484

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| | Total Reimbursable Expenses | | | 10.25 |

| | |
|---|---|
| **Total** | $2,560.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,560.25 |



**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1144
**Invoice Date:** 1/4/2021

| Period: December 1 - 31, 2020 |
| --- |

**Bill To:**

The LaSalle Group, Inc.
d/b/a Autumn Leaves
ND TX DAL
19-31484

| Date | Description | Hours/Qty | Rate | Amount |
| --- | --- | --- | --- | --- |
| 12/1/2020 | Docket monitoring and follow-up consistent with case role (DE 38, 39) (.2); prepare Exhib B November (.2) | 0.4 | 375.00 | 150.00 |
| 12/12/2020 | check in text exchanges with ED over weekend re staffing and current state | 0.1 | 375.00 | 37.50 |
| 12/20/2020 | SV #7 West HOU:  1/2 rate travel TUS to PHX (auto) .7; 1/2 rate travel PHX to HOU 1.3; site visit - 2.5 hr; 1/2 travel HOU to location (to and from) .5; 1/2 rate travel HOU to PHX (flight) and PHX to TUS (auto) 2.0 (all travel times already cut in half) | 7 | 375.00 | 2,625.00 |
| 12/21/2020 | follow up calls/EMLs to site visit concerns: debtor counsel (.3); HHS (.3); EMLs to ED and cc AG (.3); EMLs with proposed purchasers (.2); call with facilities (.3); notice updates from docket (.1) | 1.5 | 375.00 | 562.50 |
| 12/22/2020 | Follow up with ED (.1); follow up DE 52 NOA (.1); call with ops for buyer (1.4); hearing attendance r/t sale motion (1.1 total time; other cases on docket - so bill .5) | 2.1 | 375.00 | 787.50 |
| 12/28/2020 | MOR review at a level consistent with case role | 0.1 | 375.00 | 37.50 |
| 12/30/2020 | follow up call with ED and EML follow up with buyer (food service; resident heat) | 0.3 | 375.00 | 112.50 |
| | Professional Fee Subtotal | | | 4,312.50 |
| 12/16/2020 | WEST HOU AIRFARE SV7 | | 613.98 | 613.98 |
| 12/16/2020 | WEST HOU AIRFARE SV7 | | 613.98 | 613.98 |
| 12/20/2020 | West HOU SV7 CAR RENTAL | | 95.26 | 95.26 |
| 12/20/2020 | West HOU PARKING FEES/TOLLS SV7 | | 12.00 | 12.00 |
| 12/20/2020 | West HOU SV7 MEALS HOU | | 5.81 | 5.81 |
| 12/20/2020 | West HOU SV7 MEALS | | 13.71 | 13.71 |
| 12/20/2020 | West HOU SV7 MEALS | | 7.43 | 7.43 |
| | Total Reimbursable Expenses | | | 1,362.17 |

| **Total** | **$5,674.67** |
| --- | --- |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$5,674.67** |



**Pivot Health Law, LLC**
P.O. Box 69734
Oro Valley, AZ 85737

# Invoice

**Invoice #:** 1146
**Invoice Date:** 2/2/2021

Period: January 1 - 31, 2021

**Bill To:**

The LaSalle Group, Inc.
d/b/a Autumn Leaves
ND TX DAL
19-31484

| Date | Description | Hours/Qty | Rate | Amount |
|------|-------------|-----------|------|--------|
| 1/4/2021 | Prepare Dec Exhib B | 0.2 | 375.00 | 75.00 |
| 1/22/2021 | Check in call with ED (.6); EML exchg follow up with buyer (.2) | 0.8 | 375.00 | 300.00 |
| 1/25/2021 | draft, file, and serve 10th 2015.1 | 0.3 | 375.00 | 112.50 |
| 1/27/2021 | Updates to notice documents, e-mail lists | 0.1 | 375.00 | 37.50 |
| 1/29/2021 | EML/TXT exchanges regarding sale closure and follow up relative to docket notice (buyer, ED, debtor counsel, UST) | 0.4 | 375.00 | 150.00 |
| 1/29/2021 | Application addendum for supplemental fee approval | 2 | 375.00 | 750.00 |
| | Professional fee subtotal | | | 1,425.00 |
| 1/29/2021 | Postage to notice 3d fee app supplement | | 52.80 | 52.80 |

| | |
|---|---|
| **Total** | $1,477.80 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,477.80 |

**EXHIBIT D**
**Proposed Form of Order**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **WEST HOUSTON MEMORY CARE, LLC** | § | Case No. 19-31485 -sgj-11 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

**ORDER APPROVING FOURTH APPLICATION OF SUSAN N. GOODMAN, PATIENT CARE OMBUDSMAN, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR EFFORTS RELATED TO:  WEST HOUSTON MEMORY CARE, LLC**

The Court having considered the *Fourth Application of Susan N. Goodman, Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for Efforts Related to:  West Houston Memory Care, LLC* (the "**Application**") for the period November 1, 2020 through January 31, 2021 (the "**Application Period**"); and it appearing to the Court that (a) the compensation and expense reimbursement sought are reasonable and necessary; (b) notice of the Application was sufficient, appropriate, and in accordance with the Local Bankruptcy Rules of this District and the

Federal Rules of Bankruptcy Procedure; (c) no objections or responsive pleadings have been filed;

and, (d) good cause exits to grant the Application;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1.     The Application is APPROVED.

2.     The PCO is awarded, on a final basis, monies to cover additional compensation in

the amount of $3,712.72, in addition to the $6,000.00 of previously budgeted monies included in the

Third Fee Application Order filed December 4, 2020 at Docket No. 40 since fees totaling $8,287.50

and expenses totaling $1,425.22 accrued during the Application Period.

3.     The Debtors, or other party on their behalf, are authorized to pay the Award in

addition unpaid remaining approved fees and expenses from previous fee orders.

##END OF ORDER##

SUBMITTED BY:


 */s/ Susan N. Goodman, RN JD (TX Bar 24117585)*
PIVOT HEALTH LAW, LLC
P.O. Box 69734
Oro Valley, Arizona 85737
Ph: (520) 744-7061
Fx: (520) 575-4075
sgoodman@pivothealthaz.com
*Patient Care Ombudsman*

| | | |
|---|---|---|
| Vickie Driver<br>Crowe & Dunlevy<br>2525 McKinnon St, Ste 425<br>Dallas TX 75201<br>vickie.driver@crowedunlevy.com | Crissie Stephenson<br>Crowe & Dunlevy<br>2525 McKinnon St, Ste 425<br>Dallas TX 75201<br>crissie.stephenson@crowedunlevy.com | Meredyth Kippes<br>The US Trustee's Office<br>1100 Commerce Street, Rm 976<br>Dallas TX 75242<br>meredyth.a.kippes@usdoj.gov |
| Stephen Lemmon<br>Streusand Landon Ozburn & Lemmon LLP<br>1801 S. MoPac Exprswy, Suite 320<br>Austin TX 78746<br>lemmon@slollp.com | Rhonda Mates<br>Streusand Landon Ozburn & Lemmon LLP<br>1801 S. MoPac Exprswy, Suite 320<br>Austin TX 78746<br>mates@slollp.com | Mike Massad<br>Winstead PC<br>2728 N Harwood Street<br>Dallas TX 75201<br>mmassad@winstead.com |
| Jason Enright<br>Winstead PC<br>2728 N Harwood Street<br>Dallas TX 75201<br>jenright@winstead.com | Cliff Wade<br>MBL Law<br>17330 Preston Road, Suite 160B<br>Dallas TX 75252<br>cliff.wade@mbl-law.com | Garrett Roberts<br>MBL Law<br>17330 Preston Road, Suite 160B<br>Dallas TX 75252<br>garrett.roberts@mbl-law.com |
| Laurie Spindler<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N Stemmons Fwy, Suite 1000<br>Dallas TX 75207<br>dallas.bankruptcy@publicans.com | Jeff C. Wisler<br>1201 N Market St, 20th Flr<br>Wilmington, DE 19801<br>jwisler@connollygallagher.comgree | Katharine Battaia Clark<br>Hedrick Kring PLLC<br>1700 Pacific Ave, Suite 4650<br>Dallas TX 75201<br>kclark@hedrickkring.com |
| ShaQaz Wilder<br>200 E 5th Ave, Ste 123<br>Naperville IL 60563<br>shaqazw@gmail.com | Aracelis Ruffolo<br>38W401 Sidney Court<br>St. Charles IL 60175<br>alice@ruffolo.com | Vilora L. Williams<br>2636 Glenmore Drive<br>Mesquite TX 75150<br>vlwilliams10@yahoo.com |
| Melissa Hayward<br>Hayward & Assoc LLC<br>10501 N Central Expy, Ste 106<br>Dallas TX 75231<br>mhayward@haywardfirm.com | Sharon Beausoleil<br>Foley Gardere Foley & Lardner LLP<br>1000 Louisiana, Ste 2000<br>Houston TX 77002<br>sbeausoleil@foley.com | Donna Webb<br>Asst US Atty<br>1100 Commerce St, Ste 300<br>Dallas TX 75242<br>donna.webb@usdoj.gov |
| Russell W Mills<br>Bell Nunnally & Martin LLP<br>2323 Ross Ave, Ste 1900<br>Dallas TX 75201<br>rmills@bellnunnally.com | Mia D'Andrea<br>Chipman & Cutler LLP<br>111 W Monroe St<br>Chicago IL 60603<br>dandrea@chapman.com | Liz Boydston<br>Polsinelli<br>1717 Main St, Ste 2800<br>Dallas TX 75201<br>lboydston@polsinelli.com |
| Jason Rodriguez<br>Higier Allen & Lautin PC<br>2711 N Haskell Ave, Ste 2400<br>Dallas TX 75204<br>jrodriguez@higierallen.com | Owen Sonik<br>Perdue Brandon Fielder Collins & Mott<br>1235 N Loop West, Ste 600<br>Houston TX 77008<br>osonik@pbfcm.com | Curtis McCreight<br>Hoover Slovacek LLP<br>5051 Westheimer, Ste 1200 Galleria Tower<br>Houston TX 77056<br>mccreight@hooverslovacek.com |
| John Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston TX 77253<br>houston_bankruptcy@publicans.com | Michael Cooley<br>Reed Smith LLP<br>2501 N Harwood, Ste 1700<br>Dallas TX 75201<br>mpcooley@reedsmith.com | Keith M Aurzada<br>Reed Smith LLP<br>2501 N Harwood, Ste 1700<br>Dallas TX 75201<br>kaurzada@reedsmith.com |
| Lindsey L Robin<br>Reed Smith LLP<br>2501 N Harwood, Ste 1700<br>Dallas TX 75201<br>lrobin@reedsmith.com | Brian Smith<br>Holland & Knight LLP<br>200 Crescent Ct, Ste 1600<br>Dallas TX 75201<br>brian.smith@hklaw.com | Robert Jones<br>Holland & Knight LLP<br>200 Crescent Ct, Ste 1600<br>Dallas TX 75201<br>robert.jones@hklaw.com |

| | | |
|---|---|---|
| Kenneth Johnston<br>Johnston Pratt PLLC<br>1717 Main St, Ste 3000<br>Dallas TX 75201<br>kjohnston@johnstonpratt.com | George Barber<br>Johnston Pratt PLLC<br>1717 Main St, Ste 3000<br>Dallas TX 75201<br>gbarber@johnstonpratt.com | Sean Affleck<br>Johnston Pratt PLLC<br>1717 Main St, Ste 3000<br>Dallas TX 75201<br>saffleck@johnstonpratt.com |
| David Campbell<br>Underwood Perkins PC<br>5420 LBJ Fwy, Ste 1900<br>Dallas TX 75240<br>dcampbell@uplawtx.com | Kimberly Annello<br>Underwood Perkins PC<br>5420 LBJ Fwy, Ste 1900<br>Dallas TX 75240<br>kannello@uplawtx.com | Eli Pierce<br>Underwood Perkins PC<br>5420 LBJ Fwy, Ste 1900<br>Dallas TX 75240<br>epierce@uplawtx.com |
| Rick Rein<br>Horwood Marcus Berk<br>500 W Madison St, Ste 3700<br>Chicago IL 60661<br>rrein@hmblaw.com | John Guzzardo<br>Horwood Marcus Berk<br>500 W Madison St, Ste 3700<br>Chicago IL 60661<br>jguzzardo@hmblaw.com | Leann Opotowsky Moses<br>Carven Darden, et al<br>1100 Poydras St, Ste 3100<br>New Orleans LA 70163<br>moses@carverdarden.com |
| Mark Petrocchi<br>Griffith Jay & Michel LLP<br>2200 Forest Park Blvd<br>Fort Worth TX 76110<br>mpetrocchi@lawgjm.com | Trey Mansour<br>Polsinelli<br>2950 N Harwood, Ste 2100<br>Dallas TX 75201<br>tmonsour@polsinelli.com | Savanna Barlow<br>Polsinelli<br>2950 N Harwood, Ste 2100<br>Dallas TX 75201<br>sbarlow@polsinelli.com |
| David Gordon<br>Polsinelli<br>1201 W Peachtree St NW, Ste 1100<br>Atlanta GA 30309<br>dgordon@polsinelli.com | Jeff Prostok<br>Forshey & Prostok LLP<br>777 Main St, Ste 1290<br>Ft Worth TX 76102<br>jprostok@forsheyprostok.com | Lynda Lankford<br>Forshey & Prostok LLP<br>777 Main St, Ste 1290<br>Ft Worth TX 76102<br>llankford@forsheyprostok.com |
| Bonnie Hochman Rothell<br>Morris Manning & Martin<br>1401 Eye St NW, Ste 600<br>Washington DC 20005<br>bhrothell@mmmlaw.com | Jessica Rodriguez<br>Morris Manning & Martin<br>1401 Eye St NW, Ste 600<br>Washington DC 20005<br>jrodriguez@mmmlaw.com | John P Lewis Jr<br>1412 Main St, Ste 210<br>Dallas TX 75202<br>jplewisjr@mindspring.com |
| Eboney Cobb<br>Perdue Brandon Fielder Collins & Mott<br>500 E Border St, Ste 640<br>Arlington TX 76010<br>ecobb@pbfcm.com | J Mark Chevallier<br>McGuire Craddock & Strother PC<br>500 N. Akard Street, Ste 2200<br>Dallas TX 75201<br>mchevallier@mcslaw.com | Gustaf Andreasen<br>Howard & Howard<br>450 W 4th St<br>Royal Oak MI 48067<br>gandreasen@howardandhoward.com |
| William Hoch III<br>Crowe & Dunlevy<br>324 N Robinson Ave, Ste 100<br>Oklahoma City OK 73102<br>will.hoch@crowedunlevy.com | John Mark Stern<br>TX Atty Gen - BK & Collections<br>PO Box 12548<br>Austin TX 78711<br>bk-jstern@oag.texas.gov | Casey Roy<br>TX Atty Gen - BK & Collections<br>PO Box 12548 - MC 008<br>Austin TX 78711<br>casey.roy@oag.state.tx.us |
| Deborah Perry<br>Munsch Hardt Kopf & Harr PC<br>500 N Akard St, Ste 3800<br>Dallas TX 75201<br>dperry@munsch.com | Trinitee G Green<br>Bryan Cave Leighton Paisner LLP<br>161 N Clark St, Ste 4300<br>Chicago IL 60601<br>trinitee.green@bclplaw.com | Vincent Slusher<br>Drinker Biddle & Reath LLP<br>1717 Main St, Ste 5400<br>Dallas TX 75201<br>vince.slusher@dbr.com |
| James Millar<br>Drinker Biddle & Reath LLP<br>1177 Ave of Americas, 41st Fl<br>New York NY 10036<br>james.millar@dbr.com | Stacy Lutkus<br>Drinker Biddle & Reath LLP<br>321 Great Oaks Blvd<br>Albany NY 12203<br>stacy.lutkus@dbr.com | Pasha Vaziri<br>Vaziri Law LLC<br>111 W Washington St, Ste 1500<br>Chicago IL 60602<br>pvaziri@vaziri.law |

| | | |
|---|---|---|
| Green Bank NA<br>206 E 9th St STE 1300<br>Austin TX 78701-4411 | First National Bank<br>1540 E Southlake Blvd<br>Southlake TX 76092 | Mazan Sbaiti<br>Origin BankCorps Inc<br>1201 Elm St STE 4010<br>Dallas TX 75270<br>*Returned undeliverable 5 11 2020* |
| American National Bank<br>PO Box 40<br>Terrell TX 75160 | Bank of the Ozarks<br>625 Court St<br>Clearwater FL 33756 | Brand Bank<br>PO Box 1110<br>Lawrenceville GA 30046 |
| Renasant Bank<br>3328 Peachtree Rd NE, STE 400<br>Atlanta GA 30326 | Citizens Security Bank<br>14821 S Memorial<br>Bixby OK 74008 | 1st Secure Bank of Sugar Grove<br>670 N Sugar Frobe Pkwy Route 47<br>PO Box 350<br>Sugar Grove IL 60554 |
| Frost Bank<br>2950 N Harwood Floor 11<br>Dallas TX 75201 | Great Southern Bank<br>8201 Preston Rd, STE 305<br>Dallas TX 75225 | Lancaster Pollard<br>65 E State St, 16th Floor<br>Columbus OH 43215 |
| PlainsCapital Bank<br>PO Box 93600<br>Lubbock TX 79493 | HealthCare Trust Inc<br>405 Park Ave<br>New York NY 10022<br>*Returned undeliverable* | Prosperity Bank<br>2201 S Broadway<br>Edmond OK 73013 |
| Simmons Bank<br>PO Box 7009<br>Pine Bluff AR 71611 | Texas Capital Bank<br>2350 Lakeside Blvd, STE 800<br>Richardson TX 75082 | Matthew T Ferris<br>Haynes and Boone LLP<br>2323 Victory Ave, STE 700<br>Dallas TX 75219-7672 |
| Ashley Moody<br>The Capitol PL-01<br>Tallahassee FL 32399-1050 | Chris Carr<br>40 Capital Square SW<br>Atlanta GA 30334-1300 | Kwame Raoul<br>James R Thompson Center<br>100 W Randolph St<br>Chicago IL 60601 |
| Derek Schmitt<br>120 SW 10th Ave, 2nd Floor<br>Topeka KS 66612-1597 | Eric Schmitt<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City MO 65101 | Mike Hunter<br>313 NE 21st St<br>Oklahoma City OK 73105 |
| Alan Wilson<br>Rembert C Dennis Office Bldg<br>1000 Assembly St, RM 519<br>Columbia SC 29211-1549 | Ken Paxton<br>300 W 15th St<br>Austin TX 78701 | Josh Kaul<br>114 East State Capitol<br>Madison WI 53707-7857 |
| Josh Stein<br>Dept of Justice<br>PO Box 629<br>Raleigh NC 27602-0629 | A Place for Mom Inc<br>PO Box 913241<br>Denver CO 80291-3241 | CARINGCOM<br>PO Box 7689<br>San Francisco CA 94120-7689 |

| | | |
|---|---|---|
| CFP Fire Protection<br>153 Technology Dr, STE 200<br>Irvine CA 92618 | Clifton Larson Allen LLP<br>PO Box 679334<br>Dallas TX 75267-9334 | COINMACH Corp<br>PO Box 27288<br>New York NY 10087-7288 |
| ILLUSTRATUS<br>8455 Lenexa Dr<br>Lenexa KS 66214 | Juan Escamilla<br>DBA Escamilla Co<br>15420 W Hardy Rd<br>Houston TX 77060 | McKesson Corp<br>McKesson Medical-Surgical<br>PO Box 204786<br>Dallas TX 75320-4786 |
| Medline Industries Inc, Dept 1080<br>PO Box 121080<br>Dallas TX 75312-1080 | OMNICARE Inc, Dept 781668<br>PO Box 78000<br>Detroit MI 48278-1668 | On Shift Inc<br>PO Box 207856<br>Dallas TX 75320-7856 |
| Kelly Barker<br>REACHLOCAL INC<br>6111 Plano Pkwy STE 1000<br>Plano TX 75093 | Ryan LLC<br>PO Box 848351<br>Dallas TX 75284-8351 | Staples Business Advantage<br>PO Box 660409<br>Dallas TX 75266-0409 |
| Staples Technology Solutions<br>PO Box 95230<br>Chicago IL 60694-5230 | Westfield Banks FSB<br>PO Box 668<br>Westfield Center OH 44251-0668 | Yardi Systems<br>PO Box 82572<br>Goleta CA 93118-2572 |
| Cinco Landscape Maintenance Assoc Inc<br>Principal Mgmt Group Houston<br>PO Box 3157<br>Houston TX 77253-3157 | A Place for Mom Inc<br>PO Box 913241<br>Denver CO 80291-3241 | Brusniak PLLC<br>PO Box 802882<br>Dallas TX 75380-2882 |
| CARINGCOM<br>PO Box 7689<br>San Francisco CA 94120-7689 | Certified SVC Center<br>813 S Eastman Rd<br>Longview TX 75602 | CFP Fire Protection<br>153 Technology Dr, STE 200<br>Irvine CA 92618 |
| Stericycle Inc<br>PO Box 6575<br>Carol Stream IL 60197-6575 | Sysco<br>PO Box 560700<br>Lewisville TX 75056-0700 | Cushman and Wakefield of Connecticut Inc<br>One Meadowlands Plaza 7th Floor<br>East Rutherford NJ 07073 |
| Shadow Creek Ranch Commercial OA<br>PO Box 2321<br>Houston TX 77251-2321<br>*Returned undeliverable* | Simpson AC and Heating LLC<br>2626 South Loop West Ste 150<br>Houston TX 77054 | Brightview Landscape SVC<br>PO Box 31001-2463<br>Pasadena CA 91110-2463 |
| Direct Supply Inc<br>Box 88201<br>Milwaukee WI 53288-0201 | Firetrol Protection Systems<br>400 Garden Oaks Blvd<br>Houston TX 77018 | HD Supply<br>PO Box 509058<br>San Diego CA 92150-9058 |

| | | |
|---|---|---|
| Kirby Restaurant and Supply<br>809 South Eastman Rd<br>Longview TX 75602 | PowerSecure Svc Inc<br>377 Maitland Ave Ste 1010<br>Altamone Springs FL 32701 | Sterling Talent Solutions<br>PO Box 36482<br>Newark NJ 07193-6482<br>*Returned undeliverable previously* |
| Riverstone Commercial POA<br>18353 University Blvd<br>Sugarland TX 77479 | Wasco Products Inc<br>PO Box 559 85 Spencer Dr Unit A<br>Wells ME 04090 | Bell Nunnally<br>3232 McKinney Ave Ste 1400<br>Dallas TX 75204-2429 |
| Hunton Andrews Kurth LLP<br>PO Box 301276<br>Dallas TX 75303-1276 | Ogletree Deakins Nash Smaok and Stewart<br>PO Box 89<br>Columbia SC 29202 | Curtis Group Architects LTD<br>5000 Quorum Dr Ste 500<br>Dallas TX 75254 |
| Cannon and Cannon Inc<br>8550 Kingston Pike<br>Knoxville TN 37919 | Capital Center Land Condo Assn Inc<br>4077 Taminami Tr North Ste D-201<br>Naples FL 32502 | Cigna Health and Life Ins Co<br>PO Box 644546<br>Pittsburgh PA 15264-4546 |
| CAN Insurance<br>Paragon Asset Recovery Svc Inc<br>PO Box 6065-02<br>Hermitage PA 16148-1065 | Dixon Hughes Goodman LLP<br>4350 Congress St Ste 900<br>PO Box 602828<br>Charlotte NC 28260-2828 | GSI Engineering LLC<br>4503 East 47th St South<br>Wichita KS 67210-1651 |
| Monster Worldwide Inc<br>PO Box 90364<br>Chicago IL 60696-0364 | O'Brien Architects Inc<br>5310 Harvest Hill Ste 136 LB 161<br>Dallas TX 75230 | Popp Hutcheson PLLC<br>1301 South Mopac Ste 430<br>Austin TX 78746 |
| SAS Architects and Planners<br>630 Dundee Rd STE 110<br>Northbrook IL 60062 | The Village at Silver Sage<br>6363 Woodway Dr Ste 410<br>Houston TX 77057 | VMG Health<br>PO Box 674046<br>Dallas TX 75267-4046 |
| Parkway/Eldridge Rd Prop Owners Assc Inc<br>55 Waugh Dr Ste 1111<br>Houston TX 77007 | Rentokil Steritech<br>PO Box 13848<br>Reading PA 19612 | CMS Legal Dept<br>7500 Security Blvd<br>Baltimore MD 21244 |
| Christopher Maxwell<br>CMS Office Gen Counsel<br>1301 Young St, Rm 714<br>Dallas TX 75202 | John Whiteman<br>Missouri Dept Rev, Spec Asst AG<br>301 W High St, Rm 670<br>Jefferson City MO 65105<br>ndtx@dor.mo.gov | US Atty Erin Nealy Cox<br>Office of the US Atty<br>1100 Commerce St, Ste 300<br>Dallas TX 75242 |
| Dallas City Secretary's Office<br>1500 Marilla St, Ste 5DS<br>Dallas TX 75201 | Marc Connelly, Asst AG<br>Dept State Health Svc Office<br>1100 W 49th St<br>Austin TX 78756 | HUD<br>1600 Throckmorton<br>Ft Worth TX 76113<br>*Returned undeliverable* |

| US Office of Atty Gen<br>Main Justice Bldg, Room 5111 10th &<br>Constitution Ave NW<br>Washington DC 20530 | TX Workforce Commission<br>TEC Bldg Bankruptcy 101 East 15th St<br>Austin TX 78778 | IRS Special Proced - Insolvency<br>PO Box 7346<br>Philadelphia PA 19101 |
| --- | --- | --- |
| Ken Paxton<br>Texas Atty Gen<br>300 W 15th St<br>Austin TX 78701 | US Dept HHS, Office of the Sec.<br>200 Independence Ave SW<br>Washington DC 20201 | Shaqaz Wilder<br>200 E 5th Ave, Ste 123<br>Napperville IL 60563 |
| Dell Financial Svcs LLC<br>One Dell Way, Mail Stop PS2DF-23<br>Round Rock TX 78682 | SHI International Group<br>111 Old Eagle School Rd<br>Wayne PA 19087 | Wells Fargo Equip Finance Inc<br>733 Marquette Ave, Ste 700<br>Minneapolis MN 55402<br>*Returned undeliverable* |
| Jason Binford<br>TX Atty Gen - BK & Collections<br>PO Box 12548 - MC 008<br>Austin TX 78711<br>Jason.binford@oag.state.tx.us | Steven Kortanek<br>Drinker Biddle & Reath LLP<br>1717 Main St, Ste 5400<br>Dallas TX 75201<br>steven.kortanek@dbr.com | Jason Waymire<br>Williams, Morris & Waymire<br>4330 S Lee Ste, Bldg 400, Ste A<br>Buford, GA 30518<br>jason@wmwlaw.com |
| Laura Fontaine<br>Hedrick Kring, PLLC<br>1700 Pacific Ave, Ste 4650<br>Dallas TX 75201<br>laura@hedrickkring.com | Megan Servage<br>Hedrick Kring, PLLC<br>1700 Pacific Ave, Ste 4650<br>Dallas TX 75201<br>megan@hedrickkring.com | Robert W Jones<br>Holland and Knight<br>200 Crescent Court, Ste 1600<br>Dallas TX 75201<br>robert.jones@hklaw.com |
| Brian J Smith<br>Holland and Knight<br>200 Crescent Court, Ste 1600<br>Dallas TX 75201<br>brian.smith@hklaw.com | Brent Ryan McIlwain<br>Holland and Knight<br>200 Crescent Court, Ste 1600<br>Dallas TX 75201<br>Brent.mcilwain@hklaw.com | Tricia Macaluso<br>Bryan Cave Leighton Paisner LLP<br>2200 Ross Ave, Ste 3300<br>Dallas TX 75201<br>tricia.macaluso@bclplaw.com |
| Matt Warren<br>King & Spalding<br>1100 Louisiana St Ste 4000<br>Houston TX 77002<br>mwarren@kslaw.com | | |
| | | |
| | | |
| | | |