Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
Seth A. Sloan
State Bar No. 24098437
**CROWE & DUNLEVY, P.C.**
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 214.420.2163
Facsimile: 214.736.1762
Email: vickie.driver@crowedunlevy.com
Email: crissie.stephenson@crowedunlevy.com
Email: seth.sloan@crowedunlevy.com

**COUNSEL FOR THE DEBTOR**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **WEST HOUSTON MEMORY CARE, LLC,**[1] | § | **Case No. 19-31485-sgj-11** |
| | § | |
| Debtor. | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing has been set for March 25, 2021 at 9:30 a.m. before

the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge of the Northern District of Texas,

Dallas Division, Earle Cabell Federal Building, 1100 Commerce St., 14th Floor, Dallas, Texas 75242.

The following matter is set for consideration:

- *First and Final Fee Application of Crowe & Dunlevy, P.C. for Allowance of Final Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred as Counsel for the Debtor, West Houston Memory Care, LLC* [Docket No. 69] ("West Houston Final Fee Application").

---

[1] Last four EIN 2760.

**NOTICE OF HEARING**

- *First and Final Application of Harney Management Partners, LLC for Allowance of Final Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred as Financial Advisor for the Debtor* [Docket No. 71] ("HMP Application").

**PLEASE TAKE FURTHER NOTICE** that on May 20, 2020, through the entry of General Order 2020-14, the Court invoked Continued Court Operations During the COVID-19 Pandemic. The Order may be found at: https://www.txnb.uscourts.gov/sites/txnb/files/news/General%20Order%202020-14.signed.pdf. With certain exceptions set forth in the Order, hearings will generally be conducted by either: (a) videoconference; or (b) teleconference. Each judge, in his or her discretion, will determine which is appropriate.

Further instructions will be provided by the Court prior to the hearing to counsel and parties having requested notice. Additionally, around the same time, the connection information will be docketed in the ECF file and made available on the court's website.

Dated: February 22, 2021

CROWE & DUNLEVY, P.C.

By: */s/ Vickie L. Driver*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
Seth A. Sloan
State Bar No. 24098437
2525 McKinnon Street, Suite 425
Dallas, TX 75201
Telephone: 214.420.2163
Facsimile: 214.736.1762
Email: vickie.driver@crowedunlevy.com
Email: christina.stephenson@crowedunlevy.com
Email: seth.sloan@crowedunlevy.com

**ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon the parties listed on the attached Service List via e-mail, U.S. Mail, and/or electronic transmission via the Court's ECF noticing system on this 22nd day of February, 2021.

*/s/ Vickie L. Driver*
Vickie L. Driver