

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 19, 2021**

United States Bankruptcy Judge

___

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WEST HOUSTON MEMORY CARE, LLC | § | Case No. 19-31485 -sgj-11 |
| | § | |
| Debtor. | § | |

**ORDER APPROVING FOURTH APPLICATION OF SUSAN N. GOODMAN, PATIENT CARE OMBUDSMAN, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR EFFORTS RELATED TO:  WEST HOUSTON MEMORY CARE, LLC**

The Court having considered the *Fourth Application of Susan N. Goodman, Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for Efforts Related to: West Houston Memory Care, LLC* (the "**Application**") for the period November 1, 2020 through January 31, 2021 (the "**Application Period**"); and it appearing to the Court that (a) the compensation and expense reimbursement sought are reasonable and necessary; (b) notice of the Application was sufficient, appropriate, and in accordance with the Local Bankruptcy Rules of this District and the

Federal Rules of Bankruptcy Procedure; (c) no objections or responsive pleadings have been filed; and, (d) good cause exits to grant the Application;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Application is APPROVED.

2. The PCO is awarded, on a final basis, monies to cover additional compensation in the amount of $3,712.72, in addition to the $6,000.00 of previously budgeted and approved monies included in the Third Fee Application Order filed December 4, 2020 at Docket No. 40 since actual fees totaling $8,287.50 and expenses totaling $1,425.22 accrued during the Application Period.

3. The PCO is authorized to apply $3,712.72 held in trust to the Award amount.

##END OF ORDER##

SUBMITTED BY:

*/s/ Susan N. Goodman, RN JD (TX Bar 24117585)*
PIVOT HEALTH LAW, LLC
P.O. Box 69734
Oro Valley, Arizona 85737
Ph: (520) 744-7061
Fx: (520) 575-4075
sgoodman@pivothealthaz.com
*Patient Care Ombudsman*