Melissa S. Hayward
  Texas State Bar No. 24044908
  MHayward@HaywardFirm.com
**HAYWARD PLLC**
10501 N. Central Expy., Suite 106
Dallas, Texas 75231
972.755.7100 (phone/facsimile)

**ATTORNEYS FOR J&M FAMILY MANAGEMENT LLC**

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **WEST HOUSTON MEMORY CARE LLC,** § | Case No. 19-31485-sgj-11 | |
| § | Chapter 11 | |
| **Debtor.** § | | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the Court will conduct a hearing on J&M Family Management LLC's *Application for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(B)(1)* on **July 12, 2021 at 2:30 p.m.** in the courtroom of the Honorable Stacey G. C. Jernigan.

The hearing will be held via Webex. Please review the attachment to this notice for information on participating in a hearing via videoconference. The Webex hearing link is as follows: https://us-courts.webex.com/meet/jerniga.

Dated: May 14, 2021

                         Respectfully submitted,

                         By:  */s/ Melissa S. Hayward*
                              Melissa S. Hayward
                                Texas State Bar No. 24044908
                                MHayward@HaywardFirm.com

                         **HAYWARD PLLC**
                         10501 N. Central Expy., Suite 106

        Dallas, Texas 75231
        972.755.7100 (phone/facsimile)

**ATTORNEYS FOR J&M FAMILY MANAGEMENT LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Hearing was served electronically via the Court's CM/ECF system upon the parties receiving electronic notice.

        /s/ *Melissa S. Hayward*
        Melissa S. Hayward

# WebEx Hearing Instructions
## Judge Stacey G. Jernigan

Pursuant to General Order 2020-14 issued by the Court on May 20, 2020, all hearings before Judge Stacey G. Jernigan are currently being conducted by WebEx videoconference unless ordered otherwise.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/jerniga

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Meeting ID: 479 393 582

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above.  Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time.  Please be advised that a hearing may already be in progress.  During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing.  **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**.  For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**.  Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Jernigan's Telephonic and Videoconference Hearing Policy (included within Judge Jernigan's Judge-Specific Guidelines):   https://www.txnb.uscourts.gov/content/judge-stacey-g-c-jernigan

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Jernigan's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates.

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-courts.webex.com/meet/jerniga" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations).  Do not select Judge Jernigan's Dallas courtroom as the location for the hearing.