Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
**CROWE & DUNLEVY, P.C.**
2525 McKinnon St., Suite 425
Dallas, TX 75201
Telephone: 214.420.2163
Facsimile:  214.736.1762
Email: vickie.driver@crowedunlevy.com
Email: christina.stephenson@crowedunlevy.com

**COUNSEL FOR THE DEBTOR**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WEST HOUSTON MEMORY CARE, LLC | § | Case No. 19-31485-sgj-11 |
| | § | |
| Debtor. | § | |

## MOTION TO CONTINUE HEARING ON THE APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. §503(B)(1) FILED BY J&M FAMILY MANAGEMENT LLC

TO THE HONORABLE STACEY G. C. JERNIGAN,
UNITED STATES BANKRUPTCY JUDGE:

West Houston Memory Care, LLC, debtor and debtor-in-possession in the above-referenced case (the "Debtor") hereby files this *Motion to Continue Hearing on the Application for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. §503(B)(1) filed by J&M Family Management LLC* (the "Motion") In support of the Motion, the Debtor respectfully shows the Court as follows:

## I.     JURISDICTION AND VENUE

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b). This matter is a core proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.     BACKGROUND

2. On May 2, 2019 (the "Petition Date"), the Debtor and several of its affiliates[1] commenced Chapter 11 cases by filing voluntary petitions for relief under Chapter 11 of Title 11 of the United State Code §§ 101, *et seq.* (the "Bankruptcy Code").

3. No trustee or examiner has been appointed in the Debtor's Chapter 11 Case.

4. On February 16, 2021, J&M Family Management LLC ("J&M") filed its *Application for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. 503(B)(1)* (the "Application") [Docket No. 77]. Debtor filed its Objection to the Application on March 18, 2021 [Docket No. 79] and J&M filed a Reply to Debtor's Objection on April 1, 2021 [Docket No. 88].

5. On May 14, 2021 a Notice of Hearing [Docket No. 96] was filed and the Application was set for hearing on July 12, 2021 at 2:30 p.m.

6. Debtor and J&M's counsel continue to engage in settlement discussions and hope to resolve the Objection without the need for a hearing. Accordingly, the Debtor files this Motion seeking to continue the hearing on the Application for at least 14 days to allow Debtor and J&M additional time to attempt to resolve the Objection and the hearing.

---

[1] Pearland Memory Care, LLC and Cinco Ranch Memory Care, LLC's First Amended Joint Plan of Liquidation was confirmed by the Court on February 28, 2020 [Docket No. 585]. Riverstone Memory Care, LLC's bankruptcy case was dismissed on March 27, 2020 [Docket No. 613]. The LaSalle Group, Inc. filed a Motion to Convert its bankruptcy case to Chapter 7 on June 30, 2020 [Docket No. 694]. An order was entered converting The LaSalle Group, Inc.'s case to one under Chapter 7 on September 16, 2020 [Docket No. 780].

**MOTION TO CONTINUE HEARING - Page 2 of 4**

### III. REQUEST FOR RELIEF

7. By this Motion, the Debtor respectfully requests the Court continue the hearing for at least 14 days to allow Debtor and J&M to continue to engage in settlement discussions and attempt to resolve the Objection without the necessity of a hearing.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that the Court enter an order granting a continuance of the hearing for 14 days, and such other and further relief as the Court deems appropriate.

Dated: June 30, 2021.    **CROWE & DUNLEVY, P.C.**

By: */s/ Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon St., Suite 425
Dallas, TX 7501
Telephone: 214.420.2163
Facsimile:  214.736.1762
Email: vickie.driver@crowedunlevy.com
Email:christina.stephenson@crowedunlevy.com

**COUNSEL FOR THE DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed with the Court and served electronically upon all parties registered to receive notice via the Court's CM/ECF system on this 30th day of June, 2021.

By: */s/ Christina W. Stephenson*
Christina W. Stephenson

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 29th, 2021, I conferred with Melissa Hayward, Counsel for J&M Family Management, LLC and she stated that she is not opposed to the relief requested in this Motion.

By: */s/ Christina W. Stephenson*
Christina W. Stephenson