Melissa S. Hayward
  Texas State Bar No. 24044908
  MHayward@HaywardFirm.com
**HAYWARD PLLC**
10501 N. Central Expy., Suite 106
Dallas, Texas 75231
972.755.7100 (phone/facsimile)

**ATTORNEYS FOR J&M FAMILY MANAGEMENT LLC**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **WEST HOUSTON MEMORY CARE LLC,** | § | **Case No. 19-31485-sgj-11** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Court will conduct a hearing on J&M Family Management LLC's *Application for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(B)(1)* on **August 13, 2021 at 9:30 a.m.** in the courtroom of the Honorable Stacey G. C. Jernigan.

The hearing will be held via Webex. Please review the attachment to this notice for information on participating in a hearing via videoconference. The Webex hearing link is as follows: https://us-courts.webex.com/meet/jerniga.

Dated: July 19, 2021

Respectfully submitted,

By: _/s/ Melissa S. Hayward_
    Melissa S. Hayward
      Texas State Bar No. 24044908
      MHayward@HaywardFirm.com

**HAYWARD PLLC**
10501 N. Central Expy., Suite 106

Dallas, Texas 75231
972.755.7100 (phone/facsimile)

**ATTORNEYS FOR J&M FAMILY MANAGEMENT LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Hearing was served electronically via the Court's CM/ECF system upon the parties receiving electronic notice.

/s/ *Melissa S. Hayward*
Melissa S. Hayward