Melissa S. Hayward
  Texas State Bar No. 24044908
  MHayward@HaywardFirm.com
**HAYWARD PLLC**
10501 N. Central Expy., Suite 106
Dallas, Texas 75231
972.755.7100 (phone/facsimile)

**ATTORNEYS FOR J&M FAMILY MANAGEMENT LLC**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **WEST HOUSTON MEMORY CARE LLC,** | § | **Case No. 19-31485-sgj-11** |
| | § | **Chapter 11** |
| Debtor. | § | |

**MOTION TO EXPEDITE HEARING ON**
**MOTION TO STRIKE DEBTOR'S SUR-REPLY**

COMES NOW J&M Family Management LLC ("JMFM") and files this *Motion to Expedite Hearing on the Motion to Strike Debtor's Sur-reply* ("Motion to Expedite"). At approximately 2pm on August 12, 2021, West Houston Memory Care LLC ("Debtor") filed *Debtor's Sur-reply to Reply of J&M Family Management LLC to Debtor's Objection to J&M Family Management LLC's Application for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)* (the "Sur-Reply"). Concurrent with the filing of this Motion, JMFM is filing a Motion to Strike the Sur-Reply, as the Sur-Reply was filed without leave of this Court and asserts new legal and factual allegations on the eve of a long-standing hearing. Accordingly, JMFM would show as follows:

1. <u>The Underlying Motion</u>: JMFM filed a Motion to Strike Debtor's Sur-Reply. Debtor filed the Sur-Reply without leave of this Court, in violation of Local Rules, and on the eve of a hearing on JMFM's application for administrative fees.

2. <u>Need for the Expedited Hearing</u>: Tomorrow morning, August 13th, the Court will be hearing JMFM's Application for Administrative Fees. Therefore, the Motion to Strike should be considered prior to that hearing.

3. <u>Time Estimate for Hearing</u>: JMFM believes that the Motion to Strike should take no more than 10 minutes for the parties to argue.

WHEREFORE, JMFM respectfully requests that the hearing on the Motion to Strike be set at 9:30 am on August 13, 2021 and waive the notice per Local Rule 9014-1(g).

Dated: August 12, 2021

                      Respectfully submitted,

                      By: */s/ Todd Headden*
                          Todd Headden
                          Texas State Bar No. 24096285
                          THeadden@HaywardFirm.com

**HAYWARD PLLC**
10501 N. Central Expy., Suite 106
Dallas, Texas 75231
972.755.7100 (phone/facsimile)

**ATTORNEYS FOR J&M FAMILY MANAGEMENT LLC**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with counsel for the Debtor regarding the instant Motion to Expedite hearing on the Motion Strike pursuant to LR 7007-1(b) & 7007-1(f). In response to the inquiry, Debtor's counsel did not oppose the relief requested.

/s/ *Todd Headden*
Todd Headden

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served electronically via the Court's CM/ECF system upon the parties receiving electronic notice.

/s/ *Todd Headden*
Todd Headden