**Monthly Operating Report**
ACCRUAL BASIS-1

| CASE NAME: | In Re: West Houston Memory Care, LLC, debtor |
|---|---|
| CASE NUMBER: | 19-31485 |

| COMPARATIVE BALANCE SHEET | | | | |
|---|---|---|---|---|
| | SCHEDULE AMOUNT | June 30, 2021 | July 31, 2021 | August 31, 2021 |
| **ASSETS** | | | | |
| 1. UNRESTRICTED CASH | $37,389 | $0 | $0 | $0 |
| 2. RESTRICTED CASH | | $95,113 | $95,113 | $95,113 |
| 3. TOTAL CASH | $37,389 | $95,113 | $95,113 | $95,113 |
| 4. ACCOUNTS RECEIVABLE (NET) | $98,431 | $0 | $0 | $0 |
| 5. INVENTORY | $1,000 | | | |
| 6. NOTES RECEIVABLE | | | | |
| 7. PREPAID EXPENSES (See Note A) | $8,990 | $0 | $0 | $0 |
| 8. OTHER (ATTACH LIST) | | | | |
| 9. TOTAL CURRENT ASSETS | $145,811 | $95,113 | $95,113 | $95,113 |
| 10. PROPERTY, PLANT & EQUIPMENT | $4,703,664 | $0 | $0 | $0 |
| 11. LESS: ACCUMULATED DEPRECIATION/DEPLETION | | $0 | $0 | $0 |
| 12. NET PROPERTY, PLANT & EQUIPMENT | $4,703,664 | $0 | $0 | $0 |
| 13. DUE FROM INSIDERS | | | | |
| 14. OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST) | Undetermined | | | |
| 15. OTHER (ATTACH LIST) | | | | |
| 16. TOTAL ASSETS | $4,849,475 | $95,113 | $95,113 | $95,113 |
| **POSTPETITION LIABILITIES** | | | | |
| 17. ACCOUNTS PAYABLE | | $388,026 | $388,026 | $388,026 |
| 18. TAXES PAYABLE | | $0 | $0 | $0 |
| 19. NOTES PAYABLE | | $0 | $0 | $0 |
| 20. PROFESSIONAL FEES & UST FEES | | $0 | $0 | $0 |
| 21. SECURED DEBT | | $0 | $0 | $0 |
| 22. OTHER (ATTACH LIST) | | $9,325 | $9,325 | $9,325 |
| 23. TOTAL POSTPETITION LIABILITIES | | $397,352 | $397,352 | $397,352 |
| **PREPETITION LIABILITIES (See Note B)** | | | | |
| 24. SECURED DEBT | $8,136,088 | $3,242,996 | $3,242,996 | $3,242,996 |
| 25. PRIORITY DEBT | $282,182 | $298,993 | $298,993 | $298,993 |
| 26. UNSECURED DEBT | $4,812,101 | $4,128,365 | $4,128,365 | $4,128,365 |
| 27. OTHER (ATTACH LIST) | | | | |
| 28. TOTAL PREPETITION LIABILITIES | $13,230,371 | $7,670,354 | $7,670,354 | $7,670,354 |
| 29. TOTAL LIABILITIES | $13,230,371 | $8,067,706 | $8,067,706 | $8,067,706 |
| **EQUITY** | | | | |
| 30. PREPETITION OWNERS' EQUITY | (See Note B) | ($6,685,489) | ($6,685,489) | ($6,685,489) |
| 31. POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | ($1,287,103) | ($1,287,103) | ($1,287,103) |
| 32. DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION) | | | | |
| 33. TOTAL EQUITY | | ($7,972,592) | ($7,972,592) | ($7,972,592) |
| 34. TOTAL LIABILITIES & OWNERS' EQUITY | | $95,113 | $95,113 | $95,113 |

*NOTE A: Pending court approval*

# Monthly Operating Report
## ACCRUAL BASIS-2

| CASE NAME: | In Re: West Houston Memory Care, LLC, debtor |
|---|---|
| CASE NUMBER: | 19-31485 |

| INCOME STATEMENT | June 30, 2021 | July 31, 2021 | August 31, 2021 |
|---|---|---|---|
| **REVENUES** | | | |
| 1. GROSS REVENUES | | | |
| 2. LESS: RETURNS & DISCOUNTS | | | |
| 3. NET REVENUE | $0 | $0 | $0 |
| **COST OF GOODS SOLD** | | | |
| 4. MATERIAL | | | |
| 5. DIRECT LABOR | | | |
| 6. DIRECT OVERHEAD | | | |
| 7. TOTAL COST OF GOODS SOLD | $0 | $0 | $0 |
| 8. GROSS PROFIT | $0 | $0 | $0 |
| **OPERATING EXPENSES** | | | |
| 9. OFFICER / INSIDER COMPENSATION [a] | | | |
| 10. SELLING & MARKETING | | | |
| 11. GENERAL & ADMINISTRATIVE | | | |
| 12. RENT & LEASE | | | |
| 13. OTHER (ATTACH LIST) | | | |
| 14. TOTAL OPERATING EXPENSES | $0 | $0 | $0 |
| 15. INCOME BEFORE NON-OPERATING INCOME & EXPENSE | $0 | $0 | $0 |
| **OTHER INCOME & EXPENSES** | | | |
| 16. NON-OPERATING INCOME (ATTACH LIST) | - | - | - |
| 17. NON-OPERATING EXPENSE (ATTACH LIST) | | | |
| 18. INTEREST EXPENSE | $0 | $0 | $0 |
| 19. DEPRECIATION / DEPLETION | $0 | $0 | $0 |
| 20. AMORTIZATION | | | |
| 21. OTHER (LOSS ON SALE OF ASSETS) | $0 | $0 | $0 |
| 22. NET OTHER INCOME & EXPENSES | $0 | $0 | $0 |
| **REORGANIZATION EXPENSES** | | | |
| 23. PROFESSIONAL FEES | $0 | $0 | $0 |
| 24. U.S. TRUSTEE FEES | $0 | $0 | $0 |
| 25. OTHER (ATTACH LIST) | | | |
| 26. TOTAL REORGANIZATION EXPENSES | $0 | $0 | $0 |
| 27. INCOME TAX | | | |
| 28. NET PROFIT (LOSS) | $0 | $0 | $0 |

[a] Includes management fees payable to TLG Family Management.

# Monthly Operating Report
## ACCRUAL BASIS-3

**CASE NAME:** In Re: West Houston Memory Care, LLC, debtor

**CASE NUMBER:** 19-31485

| CASH RECEIPTS AND DISBURSEMENTS | June, 2021 | July, 2021 | August, 2021 |
|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $104,909 | $95,114 | $95,114 |
| **RECEIPTS FROM OPERATIONS** | | | |
| 2. CASH SALES | | | |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | |
| 3. PREPETITION | | | |
| 4. POSTPETITION | | | |
| 5. TOTAL OPERATING RECEIPTS | $0 | $0 | $0 |
| **NON-OPERATING RECEIPTS** | | | |
| 6. LOANS & ADVANCES (ATTACH LIST) | | | |
| 7. SALE OF ASSETS | | | |
| 8. OTHER (ATTACH LIST) | $0 | $0 | $0 |
| 9. TOTAL NON-OPERATING RECEIPTS | $0 | $0 | $0 |
| 10. TOTAL RECEIPTS | $0 | $0 | $0 |
| 11. TOTAL CASH AVAILABLE | $104,909 | $95,114 | $95,114 |
| **OPERATING DISBURSEMENTS** | | | |
| 12. NET PAYROLL (See Note A) | | | |
| 13. PAYROLL TAXES PAID | | | |
| 14. SALES, USE & OTHER TAXES PAID | | | |
| 15. SECURED / RENTAL / LEASES | | | |
| 16. UTILITIES | | | |
| 17. INSURANCE (See Note B) | | | |
| 18. INVENTORY PURCHASES | | | |
| 19. VEHICLE EXPENSES | | | |
| 20. TRAVEL | | | |
| 21. ENTERTAINMENT | | | |
| 22. REPAIRS & MAINTENANCE | | | |
| 23. SUPPLIES | | | |
| 24. ADVERTISING | | | |
| 25. OTHER (ATTACH LIST) | $0 | $0 | $0 |
| 26. TOTAL OPERATING DISBURSEMENTS | $0 | $0 | $0 |
| **REORGANIZATION EXPENSES** | | | |
| 27. PROFESSIONAL FEES | | | |
| 28. U.S. TRUSTEE FEES | $9,796 | $0 | $0 |
| 29. OTHER (ATTACH LIST) | | | |
| 30. TOTAL REORGANIZATION EXPENSES | $9,796 | $0 | $0 |
| 31. TOTAL DISBURSEMENTS | $9,796 | $0 | $0 |
| 32. NET CASH FLOW | ($9,796) | $0 | $0 |
| 33. CASH - END OF MONTH | $95,114 | $95,114 | $95,114 |